

NAME **Larry Jones**

PRISON IDENTIFICATION/BOOKING NO. **E-17215**

ADDRESS OR PLACE OF CONFINEMENT **P.O. Box 5004**

**Califatria, CA.   92233**

Note:    It is your responsibility to notify the Clerk of Court in writing of any change of address. If represented by an attorney, provide his name, address, telephone and facsimile numbers, and e-mail address.

2254 ✓   1983
**FILING FEE PAID**
Yes ___   No ✓
**IFP MOTION FILED**
Yes ✓   No ___
**COPIES SENT TO**
Court ___   ProSe ___



**FILED**

APR - 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

---

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**Larry Vernon Jones**

FULL NAME (include name under which you were convicted)

Petitioner,

v.

**L. E. Scribner**

NAME OF WARDEN, SUPERINTENDENT, JAILOR OR AUTHORIZED
PERSON HAVING CUSTODY OF PETITIONER

Respondent.

CASE NUMBER:

CV **'08 CV 0623 JLS RBB**

To be supplied by the Clerk of the United States District Court

**Hill v. Alaska, 297 F3d 895,897 (9th cir**
☐ **first challenge**  AMENDED   **(2002)**

### PETITION FOR WRIT OF HABEAS CORPUS
### BY A PERSON IN STATE CUSTODY
### 28 U.S.C. § 2254

PLACE/COUNTY OF CONVICTION _____
PREVIOUSLY FILED, RELATED CASES IN THIS DISTRICT COURT
(List by case number)
CV _____
CV _____

---

### INSTRUCTIONS - PLEASE READ CAREFULLY

1.   To use this form, you must be a person who either is currently serving a sentence under a judgment against you in a California state court, or will be serving a sentence in the future under a judgment against you in a California state court. You are asking for relief from the conviction and/or the sentence. This form is your petition for relief.

2.   In this petition, you may challenge the judgment entered by only one California state court. If you want to challenge the judgment entered by a different California state court, you must file a separate petition.

3.   Make sure the form is typed or neatly handwritten. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

4.   Answer all the questions. You do not need to cite case law, but you do need to state the federal legal theory and operative facts in support of each ground. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a legal brief or arguments, you may attach a separate memorandum.

5.   You must include in this petition all the grounds for relief from the conviction and/or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

5.   You must pay a fee of $5.00. If the fee is paid, your petition will be filed. If you cannot afford the fee, you may ask to proceed in forma pauperis (as a poor person). To do that, you must fill out and sign the declaration of the last two pages of the form. Also, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account at the institution. If your prison account exceeds $25.00, you must pay the filing fee.

6.   When you have completed the form, send the original and two copies to the following address:

      Clerk of the United States District Court for the Central District of California
      United States Courthouse
      ATTN: Intake/Docket Section
      312 North Spring Street
      Los Angeles, California 90012

---

PLEASE COMPLETE THE FOLLOWING: (*Check appropriate number*)

This petition concerns:
1. ☐ a conviction and/or sentence.
2. ☐ prison discipline.
3. ☐ a parole problem.
4. ☒ other. *First challenge Term computation of release date / Hill v. Alaska 9th cir (2002)*

## PETITION

1. Venue
   a. Place of detention ___*Calipatria State Prison*___
   b. Place of conviction and sentence ___*The superior court of Los Angeles County*___

2. Conviction on which the petition is based (*a separate petition must be filed for each conviction being attacked*).
   a. Nature of offenses involved (*include all counts*): _____
   _____*Sex crimes and robbery*_____
   b. Penal or other code section or sections: ___*289 288 A (C) 261 A(2) 286 (C) 203, 211*___
   _____
   c. Case number: ___*Superior ct # LA015282*___
   d. Date of conviction: _____
   e. Date of sentence: ___*April 4 1994*___
   f. Length of sentence on each count: ___*78 yrs Total term*___
   _____
   g. Plea (*check one*):
      ☒ Not guilty
      ☐ Guilty
      ☐ Nolo contendere
   h. Kind of trial (*check one*):
      ☒ Jury
      ☐ Judge only

3. Did you appeal to the California Court of Appeal from the judgment of conviction?    ☐ Yes ☐ No
   If so, give the following information for your appeal (*and attach a copy of the Court of Appeal decision if available*):
   a. Case number: ___*B084730    2nd District court of Appeal*___
   b. Grounds raised (*list each*):
      (1) ___*See record on Appeal*___

(2) _____

(3) _____

(4) _____  N/A

(5) _____

(6) _____

c.  Date of decision: _____

d.  Result _____

_____

4.  If you did appeal, did you also file a Petition for Review with the California Supreme Court of the Court of Appeal decision? ☒ Yes  ☐ No

If so give the following information *(and attach copies of the Petition for Review and the Supreme Court ruling if available)*:

a.  Case number: _____ See record en Appeal for CONVICTION

b.  Grounds raised *(list each)*:

(1) _____ These Grounds Are for the 1st time via

(2) _____

(3) _____ ~~████~~ First challenge to term compu

(4) _____ TATiON

(5) _____

(6) _____ Hill v. Alaska 9th cir 2002 )

c.  Date of decision: _____

d.  Result  Affirmed   N/A

(The conviction )

5.  If you did not appeal:

a.  State your reasons _____

_____

_____

_____

_____

b.  Did you seek permission to file a late appeal?    ☐ Yes  ☐ No

6.  Have you previously filed any habeas petitions in any state court with respect to this judgment of conviction?

☐ Yes  ☒ No   ( Hill v. Alaska ) 9th cir 2002

If so, give the following information for each such petition *(use additional pages if necessary, and attach copies of the petitions and the rulings on the petitions if available)*:

## Ground I.

Has C.O.C.R. calculated Petitioners release date correctly AND within Due Process when Petitioners term has been calculated off three Abstracts Amended and minute orders unverified and not Authenticated in which Petitioner Alledges Judicial Alterations and not clerical Amendments alter petitioners legality of his confinement.

### Statement of Facts

(see Exibits,) Petitioners Amended Abstracts and minute orders violate Authenticity and Due Process as Judicial moves were made which require defendants presence and Notification to challenge the changes made without the required Due Process to protect his liberty.

## U.S.C.A: 5, 6, 8, 14th Due Process

## Ground 2

Has petitioners release date been altered and petitioners Due Process violated when C.D.C.R. moves, alters a count from petitioners abstract of judgement to create randomly a base term not ordered in petitioners sentencing transcripts. This New base term calculated among the remaining terms to create his release date.

(see exibit) Legal status summary sheet.

count 10 Mayhem has been selected as petitioners base term. 4 plus 74 yrs of Enhancements. whether loaded into computer this way or Not, sentencing transcripts, see exibits specifically point out that count 1 is the base term. Pen code (289) (Exibit) sentencing transcripts and abstract of judgement

U.S.C.A. 5, 6, 8, 14. Due Process

## Ground 3

Has petitioners term been calculated in
Error and petitioners release date in Error when
C.D.C.R. uses A count in the information whose
Enhancement was stricken and later re-instated and
stayed off the record in violation of Due process
and which makes petitioners term and term calculation
to be in Error.

Statement of Facts.

The sentencing court sentenced petitioner to state prison on
count 10, 4 years with enhancement stricken (see sentencing transcript)
                                                              Attached

on september 13 1990 without a court Reporter, sentencing Judge
ordered and sent to C.D.C.R a minute order used to calculate petitioners
term AN unverified order from the court of Appeal to STAY
the enhancement on count 10 under 654. This is A violation of
Due process As this Act unverified, unreported and without the
presence of Defendant seriously alters petitioners term and Authenticity
of his documents.

              U.S.C.A. 5, 6, 8, 14th Due Process

## Ground 4

HAS C.D.C.R. followed policy in Recieving sentencing documents per amended abstracts, sentencing transcripts from the court Reporter of the day and certified filed minute orders and amended abstracts certified being ~~and~~ filed as orders from the court in Judging, classifying, and calculating petitioners term?

### Statement of facts

see exibits,

Several of petitioners documents do not have filed stamps or certified stamps or the requisite signatures in which C.D.C.R Policy Mandates to record petitioner legally incarcerated in C.D.C.R. System. Upon arrival into C.D.C.R. All committment documents have to coincide with Due Process and originate from Due Process bred proceedings to be valid.

U.S.C.A. 5, 6, 8, 14    Due Process

# Jurisdiction

This petition concerns petitioner being confined illegally in this southern district.

Petitioner cites Hill v. Alaska (9th cir 2002) on the face of the petition and he claims that his release date has been calculated in error and he is being held in violation of federal law from a state judgement in this jurisdiction. All grounds pertain to first term challenge.

Dunn v. Henman   (9th cir 1989)

Russo v. Newland   2000 W.L. 1948921 (N.D. Cal)

McKnight v. Foreman   1997 W.L. 50267 (N.D. Cal)

(7) Was an evidentiary hearing held?     ☐ Yes   ☐ No

10. Do you have any petitions now pending (i.e., filed but not yet decided) in any state or federal court with respect to this judgment of conviction?     ☐ Yes   ☐ No

   If so, give the following information *(and attach a copy of the petition if available)*:

   (1) Name of court: _____

   (2) Case number: _____

   (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

   (4) Grounds raised *(list each)*:

   (a) _____

   (b) _____

   (c) _____

   (d) _____

   (e) _____

   (f) _____

11. Are you presently represented by counsel?     ☐ Yes   ☒ No

   If so, provide name, address and telephone number: _____

   _____

   _____

WHEREFORE, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding,

Petitioner prays for relief Deemed Appropriate as he is in custody in violation of federal LAW. (A Townsend v. Sain Evidentiary Hearing.)
(Release and discharge from)
state custody

*Signature of Attorney (if any)*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on April 2 2008                    *Larry Jones*
              *Date*                        *Signature of Petitioner*

## Exibits

Abstracts of Judgement

Minute orders

Legal status summary sheet

Term Calculation sheets

Exerpts of Appeal transcripts Account
of Petitioners original sentencing

Motion for Appointment of counsel

CDC# E17215

OK'D TO GO S/W NOTED

**ABSTRACT OF JUDGMENT – PRISON COMMITMENT** APR 22 1994  FORM DSL 290

- [X] SUPERIOR
- [ ] MUNICIPAL
- [ ] JUSTICE

} COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

94 APR 27 AM 7:27

COURT (I.D.) 1.9.0.0.0.7.  BRANCH OR JUDICIAL DISTRICT: NORTHWEST

PEOPLE OF THE STATE OF CALIFORNIA versus
DEFENDANT: 01) JONES, LARRY VERNON
AKA: JONES, LAWRENCE VERNON

[X] PRESENT   LA015282 - A
[ ] NOT PRESENT  - B
  - C

COMMITMENT TO STATE PRISON
ABSTRACT OF JUDGMENT

AMENDED
ABSTRACT [ ]  - D
  - E

ENTERED INTO OBIS

| DATE OF HEARING (MO) (DAY) (YR) | DEPT. NO. | JUDGE | CLERK |
|---|---|---|---|
| 4-4-94 | NW E | SANDY KRIEGLER | M. CRUZAT |

| REPORTER | COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT | PROBATION NO. OR PROBATION OFFICER |
|---|---|---|---|
| A. FENNER | K. CADY | M. GOTTLIEB, DPD | X 215946 |

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES (OR ALTERNATE FELONY/MISDEMEANORS):

[ ] ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT     (NUMBER OF PAGES)

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | MO | DAY | YEAR | CONVICTED BY | | | PRINCIPAL OR CONSECUTIVE TIME IMPOSED YEARS MONTHS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PC | 289 | PENETRTN FORG OBJ | 93 | 03 | 02 | 94 | X | M | | 6 |
| 2 | PC | 288A(C) | FORCE ORAL COP | 93 | 03 | 02 | 94 | X | M | | 6 |
| 3 | PC | 261(A)(2) | FORCE RAPE | 93 | 03 | 02 | 94 | X | M | | 6 |
| 4 | PC | 286(C) | SODOMY BY FORCE | 93 | 03 | 02 | 94 | X | M | | 6 |
| 5 | PC | 261(A)(2) | FORCE RAPE | 93 | 03 | 02 | 94 | X | M | | 6 |

2. ENHANCEMENTS charged and found true TIED TO SPECIFIC COUNTS...

| Count | Enhancement | Yrs or 'S' | Enhancement | Yrs or 'S' | Enhancement | Yrs or 'S' | Enhancement | Yrs or 'S' | Enhancement | Yrs or 'S' | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12022.8 | 5 | | | | | | | | | 5 |
| 4 | 12022.8 | 5 | | | | | | | | | 5 |

3. ENHANCEMENTS charged and found true FOR PRIOR CONVICTIONS OR PRIOR PRISON TERMS...

| Enhancement | Yrs or 'S' | Enhancement | Yrs or 'S' | Enhancement | Yrs or 'S' | Enhancement | Yrs or 'S' | Enhancement | Yrs or 'S' | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 667(A) | 5 | 667(A) | 5 | | | | | | | 5 |

4. INCOMPLETED SENTENCE(S) CONSECUTIVE:

| COUNTY | CASE NUMBER | CREDIT FOR TIME SERVED |
|---|---|---|
| | | |

5. OTHER ORDERS THE CRT ORDERS DEFT BE TESTED FOR THE AIDS VIRUS PURS TO 1202.1 PC.

6. TOTAL TIME IMPOSED ON ALL ATTACHMENT PAGES (FORM DSL 290-A):
7. TIME STAYED TO COMPLY WITH 5-YEAR OR 10-YEAR LIMIT... 33
8. TOTAL TERM IMPOSED: 78
9. EXECUTION OF SENTENCE IMPOSED:
[X] A. AT INITIAL SENTENCING HEARING

10. DATE OF SENTENCE PRONOUNCED (MO) (DAY) (YR) 4-4-94  CREDIT FOR TIME SPENT IN CUSTODY 302 TOTAL DAYS INCLUDING: ACTUAL LOCAL TIME 202  LOCAL CONDUCT CREDITS 100

11. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:
[X] FORTHWITH
[X] CALIF. INSTITUTION FOR MEN – CHINO

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

DEPUTY'S SIGNATURE   4-19-94

**ABSTRACT OF JUDGMENT PRISON COMMITMENT
FORM DSL 290**

DISTRIBUTION:  PINK COPY – COURT FILE   YELLOW COPY – DEPARTMENT OF CORRECTIONS   WHITE COPY – ADMINISTRATIVE OFFICE OF THE COURTS

## ABSTRACT OF JUDGMENT – PRISON COMMITMENT
### ATTACHMENT PAGE

FORM DSL 290-A

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **LOS ANGELES**

COURT I.D. **190007**     BRANCH **NORTHWEST**

PEOPLE OF THE STATE OF CALIFORNIA versus
DEFENDANT: 01) JONES, LARRY VERNON
AKA: JONES, LAWRENCE VERNON

CASE NUMBER (S)
[X] PRESENT    **LA015282** — A
[ ] NOT PRESENT — B
— C

COMMITMENT TO STATE PRISON    AMENDED [ ] — D
ABSTRACT OF JUDGMENT    ABSTRACT — E

DATE OF HEARING
(MO) (DAY) (YR)
04 04 94

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES (OR ALTERNATE FELONY/MISDEMEANORS).

THIS IS ATTACHMENT PAGE NO. **1**

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | MO | DAY | YEAR | JURY | COURT TRIAL | PLEA | TERM ½ LIFE | CONCURRENT | CONSECUTIVE ⅓ VIOLENT | CONSECUTIVE FULL | MID/PAR ½ ENH STRIKEN (½ 654) | 667.6(C) | PRINCIPAL OR CONSECUTIVE TIME IMPOSED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | YEARS | MONTHS |
| 6 | PC | 286(C) | SODOMY BY FORCE | 93 | 03 | 02 | 94 | X | | M | | | | | | | 6 | |
| 7 | PC | 261(A)(2) | FORCE RAPE | 93 | 03 | 02 | 94 | X | | M | | | | | | | 6 | |
| 8 | PC | 286(C) | SODOMY BY FORCE | 93 | 03 | 02 | 94 | X | | M | | | | | | | 6 | |
| 9 | PC | 288A(C) | FORCE ORAL COP | 93 | 03 | 02 | 94 | X | | M | | | | | | | 6 | |
| 10 | PC | 203 | MAYHEM | 93 | 03 | 02 | 94 | X | | M | | | | | | | 4 | |
| 11 | PC | 211 ** | 2ND DEG ROBB | 93 | 03 | 02 | 94 | X | | M | X | | | | | X | 0 | |

TOTAL **24**

2. ENHANCEMENTS charged and found true, TIED TO SPECIFIC COUNTS (mainly in the 12022 series) for counts listed on this page.

| Count | Enhancement | Yrs or 'S' | Enhancement | Yrs or 'S' | Enhancement | Yrs or 'S' | Enhancement | Yrs or 'S' | Enhancement | Yrs or 'S' | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 12022.8 | 5 | | | | | | | | | 5 |

TOTAL **5**

3. ENHANCEMENTS charged and found true FOR PRIOR CONVICTIONS OR PRIOR PRISON TERMS (mainly § 667-series) and OTHER.

| Enhancement | Yrs or 'S' | Enhancement | Yrs or 'S' | Enhancement | Yrs or 'S' | Enhancement | Yrs or 'S' | Enhancement | Yrs or 'S' | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Enhancement | Yrs or 'S' | Enhancement | Yrs or 'S' | Enhancement | Yrs or 'S' | Enhancement | Yrs or 'S' | Enhancement | Yrs or 'S' | Total |

4. TOTAL TIME IMPOSED ON THIS ATTACHMENT PAGE: **33**

Form Adopted by the
Judicial Council of California
Effective April 1, 1990
Distribution:

ABSTRACT OF JUDGMENT – PRISON COMMITMENT
ATTACHMENT FORM DSL 290-A
PENAL CODE

# ABSTRACT OF JUDGMENT – PRISON COMMITMENT

*LAC*   FORM DSL 290

- [X] SUPERIOR
- [ ] MUNICIPAL
- [ ] JUSTICE
} COURT OF CALIFORNIA, COUNTY OF __LOS ANGELES__

| COURT (I.D.) | BRANCH OR JUDICIAL DISTRICT: __NORTHWEST__ |
|---|---|
| 1 9 0 0 0 7 | |

*E 17215*

PEOPLE OF THE STATE OF CALIFORNIA versus
DEFENDANT: JONES, LARRY VERNON
AKA: JONES, LAWRENCE VERNON

- [X] PRESENT   LA015282 - A
- [ ] NOT PRESENT - B
- C

COMMITMENT TO STATE PRISON
ABSTRACT OF JUDGMENT   AMENDED
ABSTRACT [X]

- D
- E

| DATE OF HEARING (MO) (DAY) (YR) | DEPT. NO. | JUDGE | CLERK |
|---|---|---|---|
| 04-04-94 | NW E | SANDY KRIEGLER | M. CRUZAT |

09-13-95

| REPORTER | COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT | PROBATION NO. OR PROBATION OFFICER |
|---|---|---|---|
| A. FENNER | K. CADY | M. GOTTLIEB, DPD | X 215946 |

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES (OR ALTERNATE FELONY/MISDEMEANORS):

[X] ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT __1__ (NUMBER OF PAGES)   SENTENCE RELATION

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION MO | DAY | YEAR | CONVICTED BY COURT TRIAL | JURY TRIAL | PLEA | TERM (L,M,U) | CONCURRENT | CONSECUTIVE | CONSECUTIVE 1/3 | CONCURRENT/MIDTERM 1/3 | CONSECUTIVE 1/3 CRIME OTHER CHARGE B/4 | 654 STAY | PRINCIPAL OR CONSECUTIVE TIME IMPOSED YEARS | MONTHS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PC | 289 | PENETRTN FORG OBJ | 93 | 03 | 02 | 94 | X | | | M | | | | | | | 6 | |
| 2 | PC | 288A(C) | FORCE ORAL COP | 93 | 03 | 02 | 94 | X | | | M | | | | | X | | 6 | |
| 3 | PC | 261(A)(2) | FORCE RAPE | 93 | 03 | 02 | 94 | X | | | M | | | | | X | | 6 | |
| 4 | PC | 286(C) | SODOMY BY FORCE | 93 | 03 | 02 | 94 | X | | | M | | | | | X | | 6 | |
| 5 | PC | 261(A)(2) | FORCE RAPE | 93 | 03 | 02 | 94 | X | | | M | | | | | | | 6 | |

2. ENHANCEMENTS charged and found true TIED TO SPECIFIC COUNTS (mainly in the § 12022-series) including WEAPONS, INJURY, LARGE AMOUNTS OF CONTROLLED SUBSTANCES, BAIL STATUS, ETC.: For each count list enhancements horizontally. Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385. Add up time for enhancements on each line and enter line total in right-hand column.

| Count | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12022.8 | 5 | | | | | | | | | 5 |
| 5 | 12022.8 | 5 | | | | | | | | | 5 |

3. ENHANCEMENTS charged and found true FOR PRIOR CONVICTIONS OR PRIOR PRISON TERMS (mainly § 667-series) and OTHER. List all enhancements based on prior convictions or prior prison terms charged and found true. If 2 or more under the same section, repeat it for each enhancement (e.g., if 2 non-violent prior prison terms under § 667.5(b) list § 667.5(b) 2 times). Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385. Add time for these enhancements and enter total in right-hand column. Also enter here any other enhancement not provided for in space 2.

| Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 667(A) | 5 | 667(A) | S | | | | | | | 5 |

4. INCOMPLETED SENTENCE(S) CONSECUTIVE:

| COUNTY | CASE NUMBER | CREDIT FOR TIME SERVED |
|---|---|---|
| | | |

5. OTHER ORDERS
THE COURT ORDERS DEFT TO BE TESTED FOR THE AIDS VIRUS PURS TO 1202.1 PC.

Use additional sheets of plain paper if necessary.

| 6. TOTAL TIME IMPOSED ON ALL ATTACHMENT PAGES (FORM DSL 290-A): | | |
|---|---|---|
| 7. TIME STAYED TO COMPLY WITH 5-YEAR OR 10-YEAR LIMIT ON SUBORDINATE TERMS, DOUBLE-BASED-TERM LIMIT, ETC. (Do not include § 654 stays or discretionary stays of term for enhancements.) | 33 | |
| 8. TOTAL TERM IMPOSED: | 78 | |

9. EXECUTION OF SENTENCE IMPOSED:

- A. [X] AT INITIAL SENTENCING HEARING
- B. [ ] AT RESENTENCING PURSUANT TO DECISION ON APPEAL
- C. [ ] AFTER REVOCATION OF PROBATION
- D. [ ] AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT (PC § 1170(d))
- E. [ ] OTHER

| 10. DATE OF SENTENCE PRONOUNCED (MO) (DAY) (YR) | CREDIT FOR TIME SPENT IN CUSTODY | TOTAL DAYS | | ACTUAL LOCAL TIME | LOCAL CONDUCT CREDITS | STATE INSTITUTIONS |
|---|---|---|---|---|---|---|
| 04-04-94 | | 302 | INCLUDING: | 202 | 100 | [ ] DMH   [ ] CDC |

11. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:

- [X] FORTHWITH
- [ ] AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS

INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:

- [ ] CALIF. INSTITUTION FOR WOMEN – FRONTERA
- [ ] CALIF. MEDICAL FACILITY – VACAVILLE
- [ ] SAN QUENTIN
- [X] CALIF. INSTITUTION FOR MEN – CHINO
- [ ] DEUEL VOC. INST.
- [ ] OTHER (SPECIFY)

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

DEPUTY'S SIGNATURE _____   2-14-95

This form is prescribed under Penal Code § 1213.5 to satisfy the requirements of § 1213 for determinate sentences. Attachments may be used but must be referred to in this document.

Form Adopted by the Judicial Council of California Effective April 1, 1992

ABSTRACT OF JUDGMENT PRISON COMMITMENT
FORM DSL 290

Pen C. 1213.5

DISTRIBUTION:   PINK COPY – COURT FILE     YELLOW COPY – DEPARTMENT OF CORRECTIONS     WHITE COPY – ADMINISTRATIVE OFFICE OF THE COURTS

# ABSTRACT OF JUDGMENT – PRISON COMMITMENT
## ATTACHMENT PAGE

FORM DSL 290-A

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
COURT I.D. 190007   BRANCH NORTHWEST

PEOPLE OF THE STATE OF CALIFORNIA versus
DEFENDANT: JONES, LARRY VERNON   ☒ PRESENT   ☐ NOT PRESENT
    AKA: JONES, LAWRENCE VERNON
COMMITMENT TO STATE PRISON 09-13-95  AMENDED
ABSTRACT OF JUDGMENT   ☒ ABSTRACT

CASE NUMBER (S): LA015282 -A / -B / -C / -D / -E

DATE OF HEARING (MO) (DAY) (YR) 04 04 94

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES (OR ALTERNATE FELONY/MISDEMEANORS):
THIS IS ATTACHMENT PAGE NO. 1

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | MO | DAY | YEAR | CONV BY | | PRINCIPAL OR CONSECUTIVE TIME IMPOSED YEARS | MONTHS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | PC | 286(C) | SODOMY BY FORCE | 93 | 03 | 02 | 94 | X | M | X | 6 |
| 7 | PC | 261(A)(2) | FORCE RAPE | 93 | 03 | 02 | 94 | X | M | X | 6 |
| 8 | PC | 286(C) | SODOMY BY FORCE | 93 | 03 | 02 | 94 | X | M | X | 6 |
| 9 | PC | 288A(C) | FORCE ORAL COP | 93 | 03 | 02 | 94 | X | M | X | 6 |
| 10 | PC | 203 | MAYHEM | 93 | 03 | 02 | 94 | X | M | X | 4 |
| 11 | PC | 245(A)(1) | ASLT GBI | 93 | 03 | 02 | 94 | X | M | X | 0 |

TOTAL 28

2. ENHANCEMENTS charged and found true, TIED TO SPECIFIC COUNTS (mainly in the 12022 series) for counts listed on this page.

| Count | Enhancement | Yrs or 'S' | Total |
|---|---|---|---|
| 8 | 12022.8 | 5 | 5 |
| 10 | 12022.7 | S | 10 |
| 11 | 12022.7 | S | 0 |

TOTAL 5

3. ENHANCEMENTS charged and found true FOR PRIOR CONVICTIONS OR PRIOR PRISON TERMS (mainly § 667-series) and OTHER.

4. TOTAL TIME IMPOSED ON THIS ATTACHMENT PAGE: 33

ABSTRACT OF JUDGMENT – PRISON COMMITMENT
ATTACHMENT FORM DSL 290-A

Form Adopted by the Judicial Council of California Effective April 1, 1990   Pen.C. 1213.5

DISTRIBUTION: PINK COPY – COURT FILE   YELLOW COPY – DEPARTMENT OF CORRECTIONS   WHITE COPY – ADMINISTRATIVE OFFICE OF THE COURTS

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES          **DEPT.** NWE

| | |
|---|---|
| Date: | MARCH 2, 1994 |
| HONORABLE: | SANDY R. KRIEGLER |
| | J ROUND |

M CRUZAT
G GORKOS

JUDGE
Deputy Sheriff

Deputy Clerk
Reporter

LA 015282-01
PEOPLE OF THE STATE OF CALIFORNIA
VS

01 JONES, LARRY VERNON
AKA 01 JONES, LAWRENCE VERNON
261.A2 3 cts 289 1 ct 288a(c) 2 cts
286(c) 3 cts 203 1 ct 245(A)(1) 1 ct

**(Parties and counsel checked if present)**

Counsel for People:
DEPUTY DISTRICT ATTY:  K CADY

Counsel for Defendant:  M GOTTLIEB DPD

NATURE OF PROCEEDINGS   JURY TRIAL          REM          11-3-93

Trial, continued from March 1, 1994, resumes with counsel, defendant and jurors present.

At 9:10 a.m., the Court unseals the envelope containing the verdicts and the following verdicts are read:

TITLE OF COURT AND CAUSE

"We, the Jury in the above-entitled action, find the Defendant, LARRY VERNON JONES guilty of ANAL OR GENITAL PENETRATION BY A FOREIGN OBJECT, in violation of Penal Code SEction 289, a Felony, as charged in Count One of the information.

We further find the allegation that the defendant LARRY VERNON JONES, inflicted great bodily injury upon the victim, Terri Marie Jim , within the meaning of Penal Code Section 12022.8 to be TRUE.

This 1 day of March, 1994 /s/ Robert A. Rivard/s/, Foreperson"

TITLE OF COURT AND CAUSE

"We, the Jury in the above-entitled action, find the Defendant, LARRY VERNON JONES guilty of FORCIBLE ORAL COPULATION, in violation of Penal Code Section 288a(c), a Felony, as charged in Count Two of the information.

We further find the allegation that the defendant LARRY VERNON JONES, inflicted great bodily injury upon the victim, Terri Marie Jim, within the meaning of Penal Code Section 12022.8 to be NOT TRUE.

This 1 day of March, 1994 /s/ROBERT A. RIVARD/s/, Foreperson"

TITLE OF COURT AND CAUSE

"We, the Jury in the above-entitled action, find the Defendant LARRY VERNON JONES, guilty of FORCIBLE RAPE, in violation of Penal Code Section 261(a)(2), a felony, as charged in Count Three of the information.

We further find the allegation that the defendant LARRY VERNON JONES, inflicted great bodily injury upon the victim, TERRY MARIE JIM, within the meaning of Penal Code Section 12022.8 to be NOT TRUE.

This 1 day of March, 1994 /s/ ROBERT A. RIVARD/s/ FOREMAN"

**MINUTE ORDER**

| |
|---|
| MINUTES ENTERED |
| 3-2-94 |
| COUNTY CLERK |

78M 413L C-120 7/89

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

**DEPT.** NWE

Date: MARCH 2, 1994
HONORABLE: SANDY R. KRIEGLER  JUDGE
J ROUND  Deputy Sheriff

M CRUZAT
G GORKOS

Deputy Clerk
Reporter

LA 015282-01    (Parties and counsel checked if present)
PEOPLE OF THE STATE OF CALIFORNIA
VS
01 JONES, LARRY VERNON
AKA 01 JONES, LAWRENCE VERNON
261.A2 3 cts 289 1 ct 288a(c) 2 cts
286(c) 3 cts 203 1 ct 245(a)(1) 1 ct

Counsel for People:
DEPUTY DISTRICT ATTY:    K CADY

Counsel for Defendant:    M GOTTLIEB DPD

NATURE OF PROCEEDINGS
JURY TRIAL    REM .    11-3-93

TITLE OF COURT AND CAUSE

"We, the Jury in the above-entitled action, find the defendant LARRY VERNON JONES,
guilty of SODOMY BY USE OF FORCE, in violation of Penal Code Section 286(c), a
felony, as charged in Count Four of the information.

We further find the allegation that the defendant, LARRY VERNON JONES, inflicted
great bodily injury upon the victim, Terry Marie Jim, within the meaning of
Penal Code Section 12022.8 to be TRUE.

This 1 day of March, 1994/s/ROBERT A. RIVARD/s/, Foreperson"


TITLE OF COURT AND CAUSE

"We, the Jury in the above-entitled action, find the Defendant LARRY VERNON JONES,
guilty of FORCIBLE RAPE, in violation of Penal Code Section 261(a)(2), a felony,
as charged in Count Five of the information.

We further find the allegation that the defendant, LARRY VERNON JONES, inflicted
great bodily injury upon the victim, Terri Marie Jim, within the meaning of
Penal Code  Section 12022.8 to be NOT TRUE.

This 1 day of March, 1994 /s/ROBERT A RIVARD/s/, Foreman"


TITLE OF COURT AND CAUSE

"We, the Jury in the above-entitled action, find the Defendant, LARRY VERNON
JONES, guilty of SODOMY BY USE OF FORCE, in violation of Penal Code Section 286(c),
a felony, as charged in Count Six of the information.

This 1 day of March, 1994 /s/ROBERT A. RIVARD/s/, Foreperson"


TITLE OF COURT AND CAUSE

"We, the Jury in the above-entitled action, find the  Defendant LARRY VERNON
JONES, guilty of FORCIBLE RAPE, in violation of Penal Code Section

MINUTES ENTERED

3-2-94
COUNTY CLERK

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES     **DEPT.** NWE

Date: MARCH 2, 1994
HONORABLE:     SANDY R. KRIEGLER          JUDGE          M CRUZAT                    Deputy Clerk
               J ROUND               Deputy Sheriff     G GORKOS                    Reporter

------------------------------------------------------------------------------------

LA 015282-01                          **(Parties and counsel checked if present)**
PEOPLE OF THE STATE OF CALIFORNIA,     Counsel for People:
                 VS                    DEPUTY DISTRICT ATTY:     K CADY          ✓
      01 JONES, LARRY VERNON ✓
AKA  01 JONES, LAWRENCE VERNON         Counsel for Defendant:    M GOTTLIEB DPD  ✓
     261.A2 3 cts 289 1 ct  288a(c) 2 cts
     286(c) 3 cts 203 1 ct  245(a)(1) 1 ct

====================================================================================

NATURE OF PROCEEDINGS: JURY TRIAL          REM          11-3-93

261(a)(2), a felony, as charged in Count Seven of the Information.

We further find the allegation that the defendant, LARRY VERNON JONES, inflicted
great bodily injury upon the victim, Terri Marie Jim, within the meaning of
Penal Code Section 12022.8 to be NOT TRUE.

This 1 day of March, 1994/s/ROBERT A. RIVARD/s/ Foreperson"


                    TITLE OF COURT AND CAUSE

"We, the Jury in the above-entitled action, find the Defendant, LARRY VERNON
JONES, guilty of SODOY BY USE OF FORCE, in violation of Penal Code Section 286(c),
a felony, as charged in Count Eight of the information.

We further find the allegation that the defendant, LARRY VERNON JONES, inflicted
great bodily injury upon the victim, Terry Marie Jim, within the meaning of
Penal Code Section 12022.8 to be TRUE.

This 1 day of March, 1994 /s/ROBERT A. RIVARD/s/ Foreperson"


                    TITLE OF COURT AND CAUSE

"We, the Jury in the above-entitled action, find the Defendant, LARRY VERNON
JONES, guilty of FORCIBLE ORAL COPULATION, in violation of Penal Code Section
288a(c), a felony, as charged in Count Nine of the information.

We further find the allegation that the defendant, LARRY VERNON JONES, inflicted
great bodily injury upon the victim, Terri Marie Jim, within the meaning of
Penal Code Section 12022.8 to be NOT TRUE.

This 1 day of March, 1994 /s/ROBERT A. RIVARD/s/, Foreperson"


                    TITLE OF COURT AND CAUSE

"We, the Jury in the above-entitled action, find the Defendant LARRY VERNON
JONES, guilty of MAYHEM, in violation of Penal Code Section 203, a Felony

MINUTES ENTERED
3-2-94
COUNTY CLERK

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES     **DEPT.** NWE

| Date: | MARCH 2, 1994 | | M CRUZAT | |
|---|---|---|---|---|
| HONORABLE: | SANDY R. KRIEGLER | JUDGE | G GORKOS | Deputy Clerk |
| | J ROUND | Deputy Sheriff | | Reporter |

LA 015282-01          (Parties and counsel checked if present)

PEOPLE OF THE STATE OF CALIFORNIA          Counsel for People:
                    VS                    DEPUTY DISTRICT ATTY:     K CADY  ✓
01 JONES, LARRY VERNON  ✓
AKA 01 JONES, LAWRENCE VERNON
    261.A2 3 cts 289 1 ct 288a(c)  2 cts  Counsel for Defendant:    M GOTTLIEB DPD  ✓
       286(c) 3 cts 203 1 ct 245(a)(1). 1 ct

---

NATURE OF PROCEEDINGS     JURY TRIAL          REM          11-3-93

as charged in Count Ten of the information.

We further find the allegation that in the commission of the above offense the said defendant, LARRY VERNON JONES, with the intent to inflict such injury, personally inflicted great bodily injury upon Terri Marie Jim, not an accomplice to the above offense, within the meaning of Penal Code Section 12022.7 to be TRUE.

This 1 day of March, 1994 /s/ROBERT A. RIVARD/s/ Foreperson"          *STRICKEN for defense*

                    TITLE OF COURT AND CAUSE

"We, the Jury in the above-entitled action, find the Defendant LARRY VERNON JONES, guilty of ASSAULT BY MEANS OF FORCE LIKELY TO PRODUCE GREAT BODILY INJURY, in violation of Penal Code Section 245(a)(1), a Felony, as charged in Count Eleven of the information.

We further find the allegation that in the commission of the above offense, the said defendant, LARRY VERNON JONES, with the intent to inflict such injury, personally inflicted great bodily injury upon Terri Marie Jim, not an accomplice to the above offense, within the meaning of Penal Code Section 12022.7 to be TRUE.

This 1 day of March, 1994 /s/ROBERT A .RIVARD/s/, Foreperson"

Re-reading of the verdicts as recorded is waived. The jury is polled and all answer in the affirmative as to all counts. The jury is thanked and discharged. All verdicts and instructions given ~~(were~~ refused ~~and~~ (withdrawn) *and none* are filed.

Matter re: priors is called for trial. People's Exhibit 7 (6 pages-Department of Corrections records) is marked for identification only then admitted in evidence. People rest. Defense rests. Matter is submitted. Court finds the allegation pursuant to Penal Code SEction 667(a) and the allegation under Penal Code Section 667.5(b) to be TRUE.

Probation and Sentence is set April 4, 1994 at 8:30 a.m. in this department. Defendant waives further probation referral. Time is waived. Defendant and counsel are ordered to return.

MINUTES ENTERED
3-2-9U
COUNTY CLERK

76M 413L C-120 7/89          01 REM          **MINUTE ORDER**

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

**DEPT.** NWE

| | | | | |
|---|---|---|---|---|
| Date: | APRIL 4, 1994 | | M CRUZAT | |
| HONORABLE: | SANDY R. KRIEGLER | JUDGE | A FENNER | Deputy Clerk |
| | J ROUND | Deputy Sheriff | | Reporter |

LA 015282-01        **(Parties and counsel checked if present)**

PEOPLE OF THE STATE OF CALIFORNIA       Counsel for People:
                        VS                              DEPUTY DISTRICT ATTY:    K CADY
01 JONES, LARRY VERNON
AKA 01 JONES, LAWRENCE VERNON          Counsel for Defendant:    M GOTTLIEB DPD
261.A2 3 cts 289 1 ct 288a(c) 2 cts
286(c) 3 cts 203 1 ct 245(a)(1) 1 ct

X 215946

| NATURE OF PROCEEDINGS | P&S | REM | 11-3-93 |
|---|---|---|---|

Probation denied.  Sentence imposed as follows:

Imprisoned in state prison for a total of 78 years.

Court selects the midterm of 6 years in count one plus 5 years consecutive
pursuant to Penal Code Section 12022.8.

Plus midterm of 6 years as to count 2 to run consecutive to count 1.

Plus midterm of 6 years as to count 3 to run consecutive to count 1.

Plus midterm of 6 years as to count 4 to run consecutive to count one
plus 5 years consecutive pursuant to Penal Code Section 12022.8.

Plus midterm of 6 years as to count 5 to run consecutive to count one.

Plus midterm of 6 years as to count 6 to run consecutive to count one.

Plus midterm of 6 years as to count 7 to run consecutive to count one.

Plus midterm of 6 years as to count 8 to run consecutive to count one.

PLUS 5 years consecutive pursuant to Penal Code Section 12022.8

Plus midterm of 6 years as to count 9 to run consecutive to count one.

Plus midterm of 4 years as to count 10 to run consecutive to count one.
Court strikes the great bodily injury allegation pursuant to Penal
Code Section 12022.7 for purposes of sentencing only.

Plus midterm of 3 years as to count 11 to run concurrent with count ten.
Court strikes  great bodily injury allegation pursuant to Penal Code
Section 12022.7 for purposes of sentencing only. Sentence in count 3 — see nunc 4/19
is stayed pursuant to Penal Code Section 654- stay to become permanent
upon completion   of the sentence in count 10.

Nunc Pro Tunc 4-19-94

Page 1 of 2

| MINUTES ENTERED |
|---|
| 4-4-94 |
| COUNTY CLERK |

76M 413L C-120 7/89

**MINUTE ORDER**

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES          **DEPT.** NWE

Date:
HONORABLE:    APRIL 4, 1994
SANDY R. KRIEGLER
J ROUND                              JUDGE
Deputy Sheriff          M CRUZAT
A FENNER                  Deputy Clerk
Reporter

LA 015282-01                    (Parties and counsel checked if present)
PEOPLE OF THE STATE OF CALIFORNIA
                VS                    Counsel for People:
01 JONES, LARRY VERNON              DEPUTY DISTRICT ATTY:        K CADY ✓
AKA 01 JONES, LAWRENCE VERNON
261.A2 3 cts 289 1 ct 288a(c) 2 cts Counsel for Defendant:    M GOTTLIEB DPD ✓
286(c) 3 cts 203 1 ct 245(a)(1) 1 ct

X 215946

NATURE OF PROCEEDINGS

        P&S                 REM            11-3-93

Plus 5 years consecutive pursuant to Penal Code Section 667(a) prior allegation.

Court strikes the allegation pursuant to Section 667.5(b) Penal Code for purposes of sentencing only.

Court orders that defendant be tested for aids virus pursuant to Penal Code Section 1202.1.

Defendant is ordered to pay $200.00 restitution pursuant to Government Code Section 13967(a).

Defendant given total credit 302 days in custody (202 actual days in custody plus 100 days good time/work time).

Defendant is advised of appeal rights.

01 REM

MINUTES ENTERED
4-4-94
COUNTY CLERK

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES    **DEPT.** NWE

| | | | | |
|---|---|---|---|---|
| Date: | APRIL 19, 1994 | | M CRUZAT | |
| HONORABLE: | SANDY R. KRIEGLER | JUDGE | NONE | Deputy Clerk |
| | J ROUND | Deputy Sheriff | | Reporter |

---

LA015282-01                    **(Parties and counsel checked if present)**

PEOPLE OF THE STATE OF CALIFORNIA          Counsel for People:
                        VS                          DEPUTY DISTRICT ATTY:
01 JONES LARRY VERNON                                        ~~EXEMA~~ K CADY
AKA 01 JONES LARRY VERNON
261.A2 3 cts 289 1 ct 288a(c) 2 cts Counsel for Defendant:
286(c) 3 cts 203 1 ct 245(a)(1) 1 ct          M GOTTLIEB DPD

NO APPEARANCES

---

NATURE OF PROCEEDINGS

NUNC PRO TUNC ORDER

IT APPEARING TO THE COURT THAT THROUGH INADVERTENCE AND CLERICAL ERROR,
THE MINUTE ORDER DATED APRIL 4, 1994 DOES NOT PROPERLY REFLECT THE
ORDER OF THE COURT; SAID MINUTE ORDER IS CORRECTED NUNC PRO TUNC AS
FOLLOWS:

BY DELETING:          "SENTENCE IN COUNT 3 IS STAYED PURSUANT TO PENAL
                    CODE SECTION 654-STAY TO BECOME PERMANENT UPON COMPLETION
                    OF THE SENTENCE IN COUNT 10."

BY SUBSTITUTING:     "SENTENCE IN COUNT 11 IS STAYED PURSUANT TO PENAL CODE
                    SECTION 654-STAY TO BECOME PERMANENT UPON COMPLETION
                    OF THE SENTENCE IN COUNT 10."

NUNC PRO TUNC ORDER

IT APPEARING TO THE COURT THAT THROUGH INADVERTENCE AND CLERICAL ERROR, THE
MINUTE ORDER DATED FEBRUARY 24, 1994 DOES NOT PROPERLY REFLECT OF THE
ORDER OF THE COURT; SAID MINUTE ORDER IS CORRECTED NUNC PRO TUNC AS FOLLOWS:

BY ADDING:   "On People's motion, the information is amended by interlineation
            as follows:  by reflecting count 12 in the information as
            the new count 11."

MINUTES ENTERED
4-19-94
COUNTY CLERK

76M 413L C-120 7/89                    **MINUTE ORDER**

DEPT NW"E"

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| Date:<br>HONORABLE: | September 13, 1995 | | |
|---|---|---|---|
| | SANDY R. KRIEGLER<br>J ROUND | JUDGE<br>Deputy Sheriff<br>Court Attendant | M CRUZAT<br>NONE | Deputy Clerk<br>Reporter |

| | |
|---|---|
| LA015282-01<br>People of the State of California<br>vs.<br><br>01 JONES, LARRY VERNON<br>   AKA 01 JONES LAWRENCE VERNON<br>   261.A2 3 CTS 289 1 CT 288A(C) 2 CTS<br>   286(C) 3CTS 203 1 CT 245.(a)(1) 1 CT | (Parties and counsel checked if present)<br>Counsel for People:<br>Deputy District Attorney:<br><br>Counsel for Defendant:<br><br>NO APPEARANCES |

NATURE OF PROCEEDINGS

COURT ORDER TO AMEND ABSTRACT OF JUDGMENT      REM     --

Good cause appearing, the abstract of judgment is ordered amended as follows:

In Count 10, court orders the great bodily injury allegation under Penal Code Section 12022.7 stayed under Penal Code Section 654 as directed by the Court of Appeal.

The Judgment Clerk is ordered to prepare an Amended Abstract of Judgment and send a copy to the Department of Corrections, district attorney Kathy Cady and public defender Michael Gottlieb.



01 REM

| |
|---|
| MINUTE ORDER ENTERED<br>9/13/95<br>CLERK, SUPERIOR COURT |

LEGAL STATUS SUMMARY   TYPE-   D    CAL      ** DISCREPANT **07/23/2007 21:35

| CDC NUMBER | NAME | |ETHNIC| BIRTHDATE |
| E17215 | JONES,LARRY | | BLA | 07/04/1966 |

ACA JONES,LARRY,VERNON

| TERM STARTS | MAX REL DATE | MAX ADJ REL DT | CURRENT REL DT |
| 04/27/1994 | 05/28/2071 | 05/28/2071 | 01/20/2065 |

| | PAROLE PERIOD |
BASE TERM  4/00 + ENHCMNTS  74/00 = TOT TERM  78/00  | 3 YRS |

PRE-PRISON + POST SENTENCE CREDITS
CASE      P2900-5 P1203-3 P2900-1 CRC-CRED MH-CRED P4019   P2931 POST-SENT   TOT

| LA015282 | 202 | | | | 100 | | 22 | 324 |

REGISTRATION REQUIRED PER P290
PC296 DNA COMPLETED
NOTIFICATION REQUIRED PER P3058.6

| RECV DT/ COUNTY/ | CASE | SENTENCE DATE | | CREDIT | OFFENSE |
| CNT | OFF-CODE | DESCRIPTION | | CODE | DATE |

CONTROLLING PRINCIPAL & CONSECUTIVE   (INCLUDES ENHANCEMENTS/OFFENSES):

--CONTROLLING CASE --
4/27/1994  LA    LA015282      4/04/1994
          01 P667(A)   01 PFC SERIOUS              1

| 10 P203 | MAYHEM | | | 1 | 09/11/1993 |
| 01 P28?(A) | RAPE FOREIGN OBJ | | CS | 1 | 09/11/1993 |
| | P12022.8 | 01 GBI SEX CRIME | | 1 | |
| 02 P288A(C) | ORAL COP W/FO | | CS | 1 | 09/11/1993 |
| 03 P261(2) | RAPE/RESIST F/V | | CS | 1 | 09/11/1993 |
| 04 P286(C) | SOD W/FO | | CS | 1 | 09/11/1993 |
| | P12022.8 | 01 GBI SEX CRIME | | 1 | |
| 05 P261(2) | RAPE/RESIST F/V | | CS | 1 | 09/11/1993 |
| 06 P286(C) | SOD W/FO | | CS | 1 | 09/11/1993 |
| 07 P261(2) | RAPE/RESIST F/V | | CS | 1 | 09/11/1993 |
| 08 P286(C) | SOD W/FO | | CS | 1 | 09/11/1993 |
| | P12022.8 | 01 GBI SEX CRIME | | 1 | |
| 09 P288A(C) | ORAL COP W/FO | | CS | 1 | 09/11/1993 |

| WTIP WAIVER | | BEGINNING | CREDIT | TOTAL | TOTAL | NET |
| DATE | | BALANCE | APPLIED | LOST | RESTORED | TOTAL |
| 04/27/1994 | | 2409 | 2965 | 766 | 120 | 2319 |

CREDITS AUTO RE-VESTED PER PC-2934 :    11

| TRAN | | | | | RULE | VIOL | |
| TYPE | DATE | END DATE | LOG NUMBER | NUMBER | CAT | DAYS |

****** CONTINUED ******

STATE OF CALIFORNIA

## CHRONOLOGICAL HISTORY

DEPARTMENT OF CORRECTIONS

CDC 112 (7/83)

| Date | Chronological Listings | Initials | Dead Time | Release Date |
|---|---|---|---|---|
| 11-21-97 | **WC LOSS** _28'_ **OF DAYS,** | | | |
| | **LOG #** _9210012_ **DATED** _10-2-97_ | PC | EPRD | 6-15-2046 |
| DEC 2 3 1997 | REC'D CSP-CORCORAN | MG | | |
| 9-17-98 | Intake audit. PC 290 preregistration | | | |
| | not required. Date change due to D2 | | | |
| | time from 10-7-97 to 5-22-98. WCG | JB | | |
| | thru 9-16-98 @ A2 | Q | Eprd | 10-28-2046 |
| 11-25-98 | WCL, 120 days, # 389811009, dtd 11/4/98 | Dm | Eprd | 1/16/2049 |
| 6-22-99 | A1 effective 6-22-99 | CMB | EPRD | 2-24-2035 |
| 9-2-99 | Transfer Audit - Reviewed for Compliance | | | |
| | with PC 296 | CMB | | |
| SEP 0 8 1999 | Rec'd HDSP | DB | | |
| 10-22-99 | **INTAKE AUDIT** | PC | | |
| 10-22-99 | Reviewed for Compliance with | | | |
| | PC 296 / Credit Code review | PC | | |
| 5-12-2000 | **WCG THRU** _4-30-2000_, **6 MONTH** | PC | EPRD | 2-24-2035 |
| 12-7-00 | **WCG THRU** _11-30-00_, **6 MONTH** | PC | EPRD | 2-24-2035 |
| 6-21-01 | **WCG THRU** _5-31-01_, **6 MONTH** | SP | EPRD | 2-24-2035 |
| 10-30-01 | **WC RESTORE OF** _30_ **DAYS,** | | | |
| | **LOG #** _9602035_ , CHRONO _10-25-01_ | | | |
| | **WC RESTORE OF** _90_ **DAYS,** | | | |
| | **LOG #** _9608012_ , CHRONO _10-25-01_ | | | |
| | | SP | EPRD | 12-26-34 |
| 12-21-01 | Transfer Audit | SP | EPRD | 12-27-34 |
| 12/27/2001 | Rec'd CCI-IV | DB | | |
| 3-19-2002 | **INTAKE AUDIT**, WCG thru 2-28-2002 @ A1 | gb | eprd | 12-27-2034 |
| 3-19-2002 | Notice requested per 3058.6 | gb | | |
| 3-19-2002 | P3060.7 Supervision Case | gb | | |
| 10-3-02 | Six month work credit gain. Credit applied through 9-30-02 | PG | eprd | 12-27-2034 |
| 3-21-03 | RECEIVED CSP-CORCORAN | SP | | |

| Number | Name | Page |
|---|---|---|
| E 17215 | Jones, Larry | 10 |

STATE OF CALIFORNIA

**CHRONOLOGICAL HISTORY**

DEPARTMENT OF CORRECTIONS
CDC 112 (9-83)

| Date | Chronological Listings | Initials | Dead Time | Release Date |
|------|------------------------|----------|-----------|--------------|
| 4-14-03 | Intake Audit | cmc | EPRD | 12-27-2034 |
| 10-17-03 | SIX-MONTH WCG. CREDITS APPLIED THRU 9-30-2003 @A1. | De | | |
| 4-15-04 | 10 mo wcg | cmc | | |
| 2-1-05 | tu 128g. atd 9-1-04. 115 atd 2-9-04. #3C040201 | | | |
| | Dismissed D2 time / SHU then Varated. Grant | | | |
| | 'S' time. eff. 2-5-04. wcg thru 3-1-05 @A1. | cmc | | |
| | No change in EPRD date. D2 time was | | | |
| | never entered | cmc | EPRD | 12-27-2034 |
| 12-29-05 | Transfer Audit | cmc | | |
| 1-06-06 | REC'D CALIPATRIA STATE PRISON | XR | | |
| 3-11-2006 | FILE AUDITED  D.take | Q | | |
| | Pc 296 DNA Completed | mM | | |
| 12-27-2007 | WCL  30 DAYS RVR 6-24-2007 | | | |
| | LOG # 0607324 | RW | EPRD 2-70-2035 | |
| Jan 02 2008 | D-2 effective 9-9-2007 | | | |
| | WCL 30 DAYS RVR 9-27-2007 | | | |
| | LOG # 0907A5-002 | RW | EPRD 8-30-2062 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Number | Name | Page |
|--------|------|------|
| E-17215 | Jones, Larry | 1-d |

STATE OF CALIFORNIA

**CHRONOLOGICAL HISTORY**

DEPARTMENT OF CORRECTIONS
CDC 112 (9-83)

| Date | Chronological Listings | Initials | Dead-Time | Release Date |
|------|------------------------|----------|-----------|--------------|
| 10-21-93 | SB16 Audited – Ineligible | WSC | RRD | 9-15-94 |
| 4-28-94 | Rec'd CCI-RC          PVWNT | (B | MCDD | 7-4-95 |
| 5-16-94 | PROCESS AUDIT | EBC | DR | N/A |
| | RESTITUTION ORDERED PER | | Amended | conless 9-16-2045 |
| | LA CO. CASE #LA05282 , $200⁰⁰ | EBC | | |
| MAY 24 1994 | REC'D CALIPATRIA STATE PRISON | Reg | | |
| JUN 10 1994 | INTAKE AUDIT | | | |
| | WCG @ A² thru 6-8-94; | | | |
| | NOTICE PURSUANT TO 3058.6 PC | DRR | | |
| 2-25-95 | WCG AT __A²__ THRU 1-31-95. | DRR | | |
| 8-2-95 | Transfer Audit | DR | | |
| 04 AUG 1995 | REC'D CSP-LAC | RD | | |
| 9-1-95 | EPRD recalculated WCG through 9-1-95 @A1 | CW | EPRD | 4-27-2033 |
| 9-6-95 | Intake Audit | CW | | |
| 9-29-95 | Received amended Abstract of Judgment | | | |
| | and modified Minute Order on Los | | | |
| | Angeles Co. case LA015282 correcting | | | |
| | sentencing errors on cts 10, 11. Total | | | |
| | term unchanged | CW | | |
| 3-14-96 | 30 day WCL 9602035 (115 dated 2-14-96) | | EPRD | |
| | 6 month WCG through 2-29-96 @ A1 | CW | 5-27 | 5-27-2033 |
| 5-28-96 | Recd HDSP | KW | | |
| 8-12-96 | WCS thru 7-31-96 at D1, WIC L #96070015, -75 | JT | EPRD | 12-8-204: |
| 8-13-96 | Olis update completed | JT | | |
| 8-19-96 | WCS thru 7-3-96 at D1, WIC L #9608012 -90 | JT | EPRD | 2-6-2046 |
| 2-8-97 | WCS thru 1-31-97 Intake | | | |
| | audit, 6 mo Audit | JT | EPRD | 2-14-204 |
| 8/26/97 | WCG Thru 7/31/97 6 mo Gain | PC | EPRD | 2-14-204 |

| Number | Name | Page |
|--------|------|------|
| E17215 | Tomas Larry | 1/1 |

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION FOUR

| | | |
|---|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, | ) ) | Court of Appeal No. B084730 Superior Court No. LA015282 |
| Plaintiff-Respondent, | ) ) | |
| v. | ) ) | |
| LAWRENCE VERNON JONES, | ) ) | |
| Defendant-Appellant. | ) ) | |

## STATEMENT OF APPEALABILITY

This appeal is from a final judgment following a jury trial and is authorized by Penal Code section 1237.[1]

## STATEMENT OF THE CASE

Appellant, Lawrence Vernon Jones, was charged in an information filed November 3, 1993, in Count 1 with forcible anal or genital penetration by a foreign object (sec. 289 subd. (a)); in Counts 2 and 9 with forcible oral copulation (sec. 288(a) subd. (c)); in Counts 3, 5 and 7 with forcible rape (sec. 261 subd. (a)(2)); in Counts 4, 6 and 8 with forcible sodomy (sec. 286 subd. (c)); in Count 10 with mayhem (sec. 203); and in Count 11 with assault with intent to inflict great bodily injury (sec. 245 subd. (a)(1)). Counts 1, 2, 3, 4, 5, 7, 8 and 9 also alleged that appellant inflicted great bodily injury in the commission of the respective offenses (sec. 12022.8) and in Counts 10 and 11 that appellant personally inflicted great bodily injury (sec. 12022.7).

---

[1] All references are to the Penal Code unless otherwise indicated.

The information also alleged a serious felony prior (sec. 667 subd. (a)) and a prison prior (sec. 667.5 subd. (b)). The victim in all offenses was alleged to be Terri Marie Jim. All offenses were alleged to have occurred on or about September 11, 1993. (C.T.[2] 72-82)

On March 2, 1994, the jury found appellant guilty of all offenses as charged and found that appellant inflicted great bodily injury as alleged in Counts 1, 4 and 8. The jury found appellant personally inflicted great bodily injury in Counts 10 and 11. The jury found the great bodily injury allegations in Counts 2, 3, 5, 7 and 9 to be not true. (C.T. 196-200; R.T.[3] 307-315)

On April 4, 1994, the court selected Count 1 as the base term and imposed the midterm of six years plus a consecutive five years for the great bodily injury enhancement; in Count 2 a consecutive midterm of six years; in Count 3 a consecutive midterm of six years; in Count 4 a consecutive midterm of six years plus a consecutive five-year sentence for the great bodily injury enhancement; in Count 5 a consecutive midterm of six years; in Count 6 a consecutive midterm of six years; in Count 7 a consecutive midterm of six years; in Count 8 a consecutive midterm of six years plus five years for the great bodily injury enhancement; in Count 9 a consecutive midterm of six years; in Count 10 a consecutive midterm of four years and struck the punishment for the great bodily injury enhancement. Pursuant to

---

[2]    C.T. refers to the Clerk's Transcript.

[3]    R.T. refers to Reporter's Transcript.

2

section 654 the court stayed the sentence in Count 11. The court imposed a consecutive five years for the serious felony prior and struck the punishment for the prison prior for a total sentence of 78 years. (C.T. 212-216; R.T. 324-331)

Appellant filed a timely notice of appeal on April 28, 1994. (C.T. 217)

### STATEMENT OF FACTS

In September, 1993, Thomas Jim[4] was living with his wife, Terri Marie Jim, in North Hollywood. On September 10, or early September 11, 1993, Terri Marie left the house to get a pack of cigarettes at the store.[5]

On her way to the store, she was grabbed from behind by a black man, who she identified as appellant, near the railroad tracks. They fell to the ground (R.T. 72-73, 81) and fought for five to ten minutes, hitting each other in the head with rocks. (R.T. 74) Terri Marie got up to run but appellant caught her from behind. (R.T. 75) Appellant showed Terri Marie his arm and told her she had injured him. (R.T. 97) He took her to a couch that was by the side of the tracks, ripped her clothes off, and forced her to orally copulate him for five to ten minutes. Appellant inserted his finger and then his penis in her vagina, then sodomized her; and then again inserted his penis in her vagina.

---

[4]   At the time of his testimony, Jim was in custody after conviction for crimes of spousal abuse and assault on a police officer. (R.T. 42)

[5]   Thomas testified Terri Marie left around 11:00 p.m. (R.T. 43); Terri Marie testified the time was around 12:30 a.m. (R.T. 67).

# VERIFICATION

## STATE OF CALIFORNIA
## COUNTY OF IMPERIAL

( C.C.P. SEC. 446 & 2015.5; 28 U.S.C. SEC. 1746 )

I, **Larry Jones** DECLARE UNDER THE PENALTY OF PERJURY
THAT : I AM THE _____ IN THE ABOVE ENTITLED ACTION;
I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS
TRUE OF MY OWN KNOWLEDGE , EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND
BELIEF, AND AS TO THOSE MATTERS , I BELIEVE THEM TO BE TRUE.

EXECUTED THIS **2** DAY OF **April 2**, 200**8** AT CALIPATRIA
STATE PRISON, CALIPATRIA, CALIFORNIA 92233-5002

(SIGNATURE) *Larry Jones*
(DECLARANT/PRISONER)

## PROOF OF SERVICE BY MAIL

( C.C.P. SEC. 1013 (a) & 2015.5; 28 U.S.C. SEC. 1746 )

I, **Larry Jones** , AM A RESIDENT OF CALIPATRIA STATE PRISON, IN THE COUNTY
OF IMPERIAL, STATE OF CALIFORNIA; I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND/A) I AM
NOT A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. BOX 5002,
CALIPATRIA, CALIFORNIA 92233-5002

ON **April 2** , 200**8**, I SERVED THE FOREGOING:

Habeus Corpus to District Court and Attorney General

(SET FORTH EXACT TITLE OF DOCUMENT/S SERVED)
ON THE PARTY(S) HEREIN BY PLACING A TRUE COPY(S) THEREOF, ENCLOSED IN A SEALED ENVELOPE
(S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO
PROVIDED AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA 92233-5002

Office of the Attorney General
110 west "A" street
San Diego , CA. Suite 1100
92101 - 5266

U.S.D.C Southern Dist of Calif
4290 Edward J Swartz
United States courthouse
940 front street
San Diego CA. 92101

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS
REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO
ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: **April 2** , 200**8**, *Larry Jones*
(DECLARANT/PRISONER)

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**FILED**
**APR - 4 2008**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2254    1963
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ___ No ___
COPIES SENT TO
Court ___ Pros ___

**I (a) PLAINTIFFS**

Larry Vernon Jones

DEFENDANTS

LE Scribner

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Imperial
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Larry Vernon Jones
PO Box 5004
Calipatria, CA 92233
E-17215

ATTORNEYS (IF KNOWN)

'08 CV 0623 JLS RBB

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**
(For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

## 28 U.S.C. 2254

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ Other Contract | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☒ 530 General | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23
DEMAND $
Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):**   JUDGE _____   Docket Number _____

DATE   4/4/2008

SIGNATURE OF ATTORNEY OF RECORD