**FILED**
APR - 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

2254 ✓  1983 ___
**FILING FEE PAID**
Yes ___  No ✓
**IFP MOTION FILED**
Yes ✓  No ___
**COPIES SENT TO**
Court ✓  ProSe ✓

Larry Jones
_____
Petitioner

L. E. Scribner
_____
Respondent(s)

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

'08 CV 0623 JLS RBB

I, Larry Jones, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? ☐ Yes  ☒ No

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received, within the past twelve months, any money from any of the following sources?

    a. Business, profession or form of self-employment?   ☐ Yes  ☒ No
    b. Rent payments, interest or dividends?              ☐ Yes  ☒ No
    c. Pensions, annuities or life insurance payments?    ☐ Yes  ☒ No
    d. Gifts or inheritances?                             ☐ Yes  ☒ No
    e. Any other sources?                                 ☐ Yes  ☒ No

    If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: None

3. Do you own any cash, or do you have money in a checking or savings account? *(Include any funds in prison accounts)*

    ☐ Yes  ☒ No

    If the answer is yes, state the total value of the items owned: _____

---

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (28 U.S.C § 2254)

CV-69 (04/05)                                                                 Page 9 of 10

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☐ Yes ☒ No

   If the answer is yes, describe the property and state its approximate value: _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: _____ None / State Prisoner _____

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on __April 2 2008__    __[signature]__
                Date                    Signature of Petitioner

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ __0__ on account to his credit at the __California State Prison__ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution: __None__

__March 30 2008__    __[signature]__
        Date                Authorized Officer of Institution/Title of Officer