LARRY JONES  E-17215
P.O. Box 5004
Calipatria, CA  92233



United States District Court
Southern District of California

LARRY JONES
    Petitioner

v.

L.E. Scribner
    Respondant

No. 08 CV 0623 JLS RBB

Motion and Declaration for Appointment of Counsel

18 USC 3006(A)

Petitioner Larry Jones moves the court for an order appointing counsel at public expense. See, 28 USC section 1915(d), 18 USC section 3006A

CR

Counsel should be appointed because the issues are particularly complex. See Dillon v. U.S. (9th cir 1962) 307 F2d 445   Hawkins v. Bennett (8th cir 1970) 423 F2d 948

I declare under the penalty of perjury that the foregoing is true and correct and that this declaration was executed at Calipatria State Prison, Calipatria Calif 92233 on

Date x April 2, 2008

Signature x Larry Jones

Larry Jones E-17215