Larry Jones
**PLAINTIFF/PETITIONER/MOVANT'S NAME**

E. 17215
**PRISON NUMBER**

P.O. Box 5004
**PLACE OF CONFINEMENT**

Calipatria, CA. 92233
**ADDRESS**

FILED

2008 MAY 15  PM 2:57

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# United States District Court
## Southern District Of California

Larry Jones,
Plaintiff/Petitioner/Movant

v.

L.E. Scribner,
Defendant/Respondent

Civil No. 08CV0623 JLS (RBB)
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, LARRY VERNON JONES, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☒ Yes  ☐ No    (If "No" go to question 2)
   If "Yes," state the place of your incarceration  Calipatria State Prison
   Are you employed at the institution?        ☐ Yes ☒ No
   Do you receive any payment from the institution? ☐ Yes ☒ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 4/06)        C:\Documents and Settings\Jamiep\Local Settings\Temp\notes1C7949\jamieforms8.wpd

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer._____
   _____
   _____
   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer._____
   _____
   _____ INCARCERATED past 14 y/s _____
   _____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment     ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends    ☐ Yes ☒ No
   c. Pensions, annuities or life insurance             ☐ Yes ☒ No
   d. Disability or workers compensation                ☐ Yes ☒ No
   e. Social Security, disability or other welfare      ☐ Yes ☒ No
   e. Gifts or inheritances                             ☐ Yes ☐ No
   f. Spousal or child support                          ☐ Yes ☒ No
   g. Any other sources                                 ☐ Yes ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month._____
   _____
   _____

4. Do you have any checking account(s)?   ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?  ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

6. Do you own an automobile or other motor vehicle?  ☐ Yes ☒ No
   a. Make:_____ Year:_____ Model:_____
   b. Is it financed? ☐ Yes  ☐ No
   c. If so, what is the amount owed?_____

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
☐ Yes  ☒ No
If "Yes" describe the property and state its value._____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support._____
    None

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):____
    None

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):____
    None

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses.____
    Sometimes my sister sends me money

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

May 13 2008
DATE

Larry Jones
SIGNATURE OF APPLICANT

CIV-67 (Rev. 4/06)     C:\Documents and Settings\Jamiep\Local Settings\Temp\notes1C7949\jamieforms8.wpd

CIV-67 (Rev. 4/06)

# TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
## (Incarcerated applicants only)

(This form **MUST** be completed by the <u>prisoner</u> requesting to proceed <u>in forma pauperis</u>. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed <u>in forma pauperis</u>.)

I, __LARRY JONES  E-17215__, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)

custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $350 (civil complaint) or ☒ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

__May 13 2008__          __Larry Jones__
mailing  DATE           SIGNATURE OF PRISONER

CIV-67 (Rev. 4/06)    C:\Documents and Settings\Jamiep\Local Settings\Temp\notes1C7949\jamieforms8.wpd

If you are a **prisoner** you must have an officer from your institution provide this official certificate as to the amount of money in your prison account. There are no exceptions to this requirement.

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant   **Larry Jones**
(NAME OF INMATE)

**E-17215**
(INMATE'S CDC NUMBER)

has the sum of $ **−10.29** on account to his/her credit at

**Calipatria State Prison**
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities **N/A**

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ **1.07**,

and the *average monthly deposits* to the applicant's account was $ **1.14**.

ALL PRISONERS *MUST* ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).

**5/1/08**
DATE

**K Perdomo**
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

**K Perdomo**
OFFICER'S FULL NAME (PRINTED)

**Account Clerk II**
OFFICER'S TITLE/RANK

CIV-67 (Rev. 4/06)     C:\Documents and Settings\Jamiep\Local Settings\Temp\notes1C7949\jamieforms8.wpd

If you are a prisoner you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement.</u>

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant ___Jones___
(NAME OF INMATE)

___E-17215___
(INMATE'S CDC NUMBER)

has the sum of $ ___10.29___ on account to his/her credit at

___Calipatria State Prison___
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities ___N/A___

to his/her credit according to the records of the aforementioned institution. I further certify that during

the past six months the applicant's *average monthly balance* was $ ___1.07___

and the *average monthly deposits* to the applicant's account was $ ___1.14___

___5/1/08___
DATE

___K Perdomo___
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

___K Perdomo___
OFFICER'S FULL NAME (PRINTED)

___Account Clerk II___
OFFICER'S TITLE/RANK

```
REPORT ID: TS3030  .701                                              REPORT DATE: 05/01/08
                                                                     PAGE NO:           1
                       CALIFORNIA DEPARTMENT OF CORRECTIONS
                              CALIPATRIA STATE PRISON
                           INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: NOV. 01, 2007 THRU MAY 01, 2008

ACCOUNT NUMBER : E17215                    BED/CELL NUMBER: FB040000000225L
ACCOUNT NAME   : JONES, LARRY                  ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                              TRUST ACCOUNT ACTIVITY

 TRAN
DATE CODE DESCRIPTION        COMMENT    CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE

11/01/2007  BEGINNING BALANCE                                                  8.01
11/09 FC05  DRAW-FAC 5       ASU  2767                             5.00        3.01
11/19 FR01  CANTEEN RETUR    702874                                0.38-       3.39
ACTIVITY FOR 2008
03/21 W515  COPY CHARGE      03-13/5527                            1.80        1.59

                              CURRENT HOLDS IN EFFECT

 DATE      HOLD
PLACED     CODE          DESCRIPTION              COMMENT        HOLD AMOUNT

04/09/2008  H110   COPIES HOLD                   04-01/5961          11.88

                              TRUST ACCOUNT SUMMARY

BEGINNING    TOTAL        TOTAL         CURRENT       HOLDS       TRANSACTIONS
 BALANCE    DEPOSITS    WITHDRAWALS     BALANCE      BALANCE      TO BE POSTED

   8.01       0.00         6.42           1.59        11.88          0.00

                                                     CURRENT
                                                    AVAILABLE
                                                     BALANCE

                                                      10.29-
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ TRUST OFFICE