UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

NOTICE OF DOCUMENT DISCREPANCIES

FILED
2008 MAY 20  AM 8:36
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TO: ☐ U. S. DISTRICT JUDGE / ☑ U. S. MAGISTRATE JUDGE
FROM: R. Mullin, Deputy Clerk    RECEIVED DATE: 5/15/2008
CASE NO.: 08cv0623 JLS (RBB)   DOCUMENT FILED BY: Petitioner
CASE TITLE: Jones v. Scribner
DOCUMENT ENTITLED: Motion and Declaration for Appointment of Counsel

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | **OTHER: Motion for Counsel already on file (Docket #3).** |

Date forwarded: 5/15/2008

ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐  The document is to be filed nunc pro tunc to date received.

☑  The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☑ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

Dated: 5/16/2008    CHAMBERS OF: RBB
cc: All Parties    By: _____

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

LARRY JONES E-17215
P.O. Box 5004
Calipatria, CA 92233

**REJECTED**

United States District Court
Southern District of California

LARRY JONES
    Petitioner

v.

L.E. Scribner
    Respondant

NO: 08-0623 JLS RBB
Motion and Declaration
for Appointment of counsel
18 USC 3006(A)

Petitioner Larry Jones moves the court for an order appointing counsel at public expense. See, 28 USC section 1915(d) 18 USC section 3006 A

1.)