NAME  LARRY JONES

PRISON NUMBER

E·17215

CURRENT ADDRESS OR PLACE OF CONFINEMENT

P.O. Box 5004

CITY, STATE, ZIP CODE

CALIPATRIA CA. 92233

Original



FILED

JUN 16 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

LARRY VERNON JONES ,
(FULL NAME OF PETITIONER)
**PETITIONER**
v.  in Pro/se

(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED
PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE
CALIFORNIA DEPARTMENT OF CORRECTIONS])

L.E. Scribner       **RESPONDENT**
      and
      WARDEN

The Attorney General of the State of
California, Additional Respondent.
Edmund G. Brown

Civil No   08CV0623 - JLS (RBB)
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

SECOND AMENDED
**PETITION FOR WRIT OF HABEAS CORPUS**

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

first challenge /calculation of
Release Date
Hill v. Alaska 9th cir (2002)

1.  Name and location of the court that entered the judgment of conviction under attack:
    Superior Court of Los Angeles County

2.  Date of judgment of conviction:

3.  Trial court case number of the judgment of conviction being challenged:
    Superior court # LA015282 / This petition challenges (Parole)

4.  Length of sentence:
    78 yrs

CIV 68 (Rev. Jan. 2006)

cv

5.  Sentence start date and projected release date:

    **4/27/94 ― 5/28/2071**

6.  Offense(s) for which you were convicted or pleaded guilty (all counts):

    **289, 288a(c) 261A(2) 286(c) 203, 211    11 Counts Total**

7.  What was your plea? (CHECK ONE)

    (a)  Not guilty    ☑

    (b)  Guilty    ☐

    (c)  Nolo contendere  ☐

8.  If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)

    (a)  Jury    ☑

    (b)  Judge only    ☐

9.  Did you testify at the trial?

    ☐ Yes  ☑ No

## DIRECT APPEAL

10. Did you appeal from the judgment of conviction in the **California Court of Appeal**?
    ☑ Yes  ☐ No

11. If you appealed in the **California Court of Appeal**, answer the following:

    (a)  Result:  **Affirmed**

    (b)  Date of result (if known):

    (c)  Case number and citation (if known):   **B084730 2nd Dist Crt of Appeal**
    (d)  Names of Judges participating in case (if known):

    (e)  Grounds raised on direct appeal:

    **See Record on Appeal Please.**

12. If you sought further direct review of the decision on appeal by the **California Supreme Court** (e.g., a Petition for Review), please answer the following:

    (a)  Result:  **Petitioner did reach Cal supreme on conviction on record.**

    (b)  Date of result (if known):  **?**

    (c)  Case number and citation (if known):  **?**

    (d)  Grounds raised:

13. If you filed a petition for certiorari in the **United States Supreme Court**, please answer the following with respect to that petition:

   (a)  Result:

   (b)  Date of result (if known):     **None**

   (c)  Case number and citation (if known):

   (d)  Grounds raised:

## COLLATERAL REVIEW IN STATE COURT

14. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Superior Court**?
    ☐ Yes ☐ No

15. If your answer to #14 was "Yes," give the following information:

   (a)  **California Superior Court** Case Number (if known):

   (b)  Nature of proceeding:

   (c)  Grounds raised:

   (d)  Did you receive an evidentiary hearing on your petition, application or motion?
    ☐ Yes ☐ No

   (e)  Result:

   (f)  Date of result (if known):

16. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Court of Appeal**?
    ☑ Yes ☐ No

17. If your answer to #16 was "Yes," give the following information:

   (a) **California Court of Appeal** Case Number (if known):

   (b) Nature of proceeding:  Habeus corpus

   (c) Names of Judges participating in case (if known)

   (d) Grounds raised:  Not this Present issue / see Record on Appeal

   (e) Did you receive an evidentiary hearing on your petition, application or motion?
      ☐ Yes ☑ No

   (f) Result:

   (g) Date of result (if known):

18. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Supreme Court**?
☐ Yes ☑ No

19. If your answer to #18 was "Yes," give the following information:

   (a) **California Supreme Court** Case Number (if known):

   (b) Nature of proceeding:  Not on this issue

   (c) Grounds raised:

   (d) Did you receive an evidentiary hearing on your petition, application or motion?
      ☐ Yes ☑ No

   (e) Result:

   (f) Date of result (if known):

20. If you did **not** file a petition, application or motion (e.g., a Petition for Review or a Petition for Writ of Habeas Corpus) with the **California Supreme Court**, containing the grounds raised in this federal Petition, explain briefly why you did not: Procedural Default 2254(b)(i)(B) Excuses a Petitioner from Exhaustion if there is an Absence of Available state corrective Process. The No corrective Process Exception Allows Federal courts to Adjudicate claims Not raised in state court in following circumstance (2) The states Post conviction remedy Does Not Afford relief to this type of claim: Wilwording v. Swenson 404 U.S. 249 (1971)

## COLLATERAL REVIEW IN FEDERAL COURT

21. Is this your **first** federal petition for writ of habeas corpus challenging this conviction?
☑Yes ☐No    (IF "YES" SKIP TO #22)

    (a) If no, in what federal court was the prior action filed?    Parole Matter
      (i) What was the prior case number?
      (ii) Was the prior action (CHECK ONE):
          Denied on the merits? ☐
          Dismissed for procedural reasons? ☐
      (iii) Date of decision:
    (b) Were any of the issues in this current petition also raised in the prior federal petition?
      ☐Yes ☑No
    (c) If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this second or successive petition?
      ☐Yes ☐No    N/A

---

**CAUTION:**

- **Exhaustion of State Court Remedies:** In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. This means that even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present **all** other grounds to the California Supreme Court before raising them in your federal Petition.

- **Single Petition:** If you fail to set forth all grounds in this Petition challenging a specific judgment, you may be barred from presenting additional grounds challenging the same judgment at a later date.

- **Factual Specificity:** You must state facts, not conclusions, in support of your grounds. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do. A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place.

---

### GROUNDS FOR RELIEF

22. State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground. (e.g. what happened during the state proceedings that you contend resulted in a violation of the constitution, law or treaties of the United States.) If necessary, you may attach pages stating additional grounds and/or facts supporting each ground.

(a) **GROUND ONE**: C.D.C.R. Parole scheme violates petitioners Due Process Rights by setting his term and Parole from unverified court documents sent to them by committing county. His term becoming void.

Supporting FACTS: Making his Detention illegal under federal LAW.

On September 13 1995, The committing county of petitioner made an amended abstract of Judgement Judicially Altering petitioners term. The minutes to this hearing is not documented as there is no court Reporter. These facts make petitioners term void and in violation of Due Process as C.D.C.R. has used these documents to detain petitioner illegally and without Due Process of Law. In Their Parole scheme.

Frank v. Mangum 237 U.S. at 327

Garlotte v. Fordice 515 U.S. 39, 44, 47 (1995)

2254 (b)(1)(B) Procedural Default Absent state process

wilwording v. Swenson (supra)(1971)

Did you raise **GROUND ONE** in the California Supreme Court? □ Yes ☒ No. (Parole Matter) and petitioner has filed Admin Remedy Denied.

If yes, answer the following:

(1) Nature of proceeding (i.e., petition for review, habeas petition):

(2) Case number or citation:

(3) Result (attach a copy of the court's opinion or order if available):

**(b) GROUND TWO:** Does C.O.C.R. violate "Manifest miscarriage of Justice" when it uses documents to set petitioners parole date that have <u>NO court Reporter</u> at the hearing?

**Supporting FACTS:**

C.DC.R. Policy of accepting sentencing papers from committing county without verification as to the documents being official spell a Nexus between the two Agencies, C.O.C.R. and committing county court to violate Petitioners right to liberty and Due process as there are No SAfeguards in place even though petitioners 1995 Minutes clearly state "No reporter present" Petitioner Is illegally detained in C.O.C.R.

<u>Mcclesky v. Zant</u> 499 U.S. 467 494 (1991)  Coleman v. thompson

501 U.S. 722 750 1991

Procedural Default Absent

2254 (b)(1)(B)   State corrective Process

Wilwording v Swenson (supra)(1971)

**Did you raise GROUND TWO in the California Supreme Court?**

☐ Yes ☑ No.  Parole matter, Petitioner Filed admint. appeal Denied

If yes, answer the following:

(1)  Nature of proceeding (i.e., petition for review, habeas petition):

(2)  Case number or citation:

(3)  Result (attach a copy of the court's opinion or order if available):

(c) **GROUND THREE:** Does C.D.C.R. violate federal law in not screening the inception of forged sentencing papers sent on behalf of petitioner to continue petitioner's detention?

**Supporting FACTS:**

For C.D.C.R. to accept the minutes of 1995 hearing and the amended abstract, a policy had to be in place. A policy to protect the petitioners rights, a policy not to apply unjust acts which continue to take petitioners liberty from him: C.D.C.R. did not use this policy, which therefore makes thier parole scheme as applied to petitioner in violation of the U.S. constitution.

Morrisey v. Brewer (Supra)

In re Converse 137 U.S. 624 631 (1890)

Ex Parte Yarbrough 110 U.S. 651 653 1884

Procedural Default Absent state corrective Process

2254 (b)(1)(B)  Wilwording v. Swenson Supra (1971)

**Did you raise GROUND THREE in the California Supreme Court?**

☐ Yes  ☑ No.   Parole matter        Adminst. appeal denied.

If yes, answer the following:

(1)  Nature of proceeding (i.e., petition for review, habeas petition):

(2)  Case number or citation:

(3)  Result (attach a copy of the court's opinion or order if available):

**(d)** **GROUND FOUR**:


**Supporting FACTS**:


**Did you raise GROUND FOUR in the California Supreme Court?**

☐ Yes ☐ No.

If yes, answer the following:

    (1)    Nature of proceeding (i.e., petition for review, habeas petition):

    (2)    Case number or citation:

    (3)    Result (attach a copy of the court's opinion or order if available):

**23.** Do you have any petition or appeal **now pending** in any court, either state or federal, pertaining to the judgment under attack?

☐ Yes    ☑ No

**24.** If your answer to #23 is "Yes," give the following information:

(a) Name of Court:

(b) Case Number:

(c) Date action filed:

(d) Nature of proceeding:

(e) Name(s) of judges (if known):

(f) Grounds raised:

(g) Did you receive an evidentiary hearing on your petition, application or motion?

☐ Yes    ☑ No

**25.** Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing . . . . . . . .

(b) At arraignment and plea . . . . . . .

(c) At trial . . . . . . . . . . . . . . . . . . . .    N/A

(d) At sentencing . . . . . . . . . . . . . .

(e) On appeal . . . . . . . . . . . . . . . . .

(f) In any post-conviction proceeding .

(g) On appeal from any adverse ruling in a post-conviction proceeding:

N/A

CIV 68 (Rev. Jan. 2006)

-10-

cv

26. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
☐ Yes  ☑ No   ( This is a Parole matter )

27. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
☐ Yes  ☑ No

   (a) If so, give name and location of court that imposed sentence to be served in the future:

   (b) Give date and length of the future sentence:

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
   ☐ Yes  ☑ No

28. Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 2254 habeas cases filed in this district, the parties may waive their right to proceed before a district judge and consent to magistrate judge jurisdiction. Upon consent of all the parties under 28 U.S.C. § 636(c) to such jurisdiction, the magistrate judge will conduct all proceedings including the entry of final judgment. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to consent to a magistrate judge as it will likely result in an earlier resolution of this matter. If you request that a district judge be designated to decide dispositive matters, a magistrate judge will nevertheless hear and decide all non-dispositive matters and will hear and issue a recommendation to the district judge as to all dispositive matters.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including the entry of final judgment, by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.

**OR**

☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

29. Date you are mailing (or handing to a correctional officer) this Petition to this court:

June 10, 2008

Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.

_____

SIGNATURE OF ATTORNEY (IF ANY)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

__JUNE 10 2008__          _Larry Jones_

(DATE)                    SIGNATURE OF PETITIONER  in pro se

Petitioner prays this court use Rule 2(e)
as petitioner is pro se and doing his legal
Best in a strange field called the law.

# Exibits

Abstracts of Judgement

Minute orders

Legal status summary sheet

Term Calculation sheets

Exerpts of Appeal transcripts Account
of Petitioners original sentencing
motion for Appointment of counsel

CDC# E17215

OK'D TO GO S/W NOTED

**ABSTRACT OF JUDGMENT – PRISON COMMITMENT** APR 22 1994   FORM DSL 290

☒ SUPERIOR
☐ MUNICIPAL   COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
☐ JUSTICE

COURT (I.D.) 1.9.0.0.0.7.   BRANCH OR JUDICIAL DISTRICT: NORTHWEST

'94 APR 27 AM 7: 27

PEOPLE OF THE STATE OF CALIFORNIA versus
DEFENDANT: 01) JONES, LARRY VERNON        ☒ PRESENT    LA015282    - A
AKA: JONES, LAWRENCE VERNON              ☐ NOT PRESENT            - B

ENTERED INTO OBIS

COMMITMENT TO STATE PRISON    ☐ AMENDED    - D
STRACT OF JUDGMENT               ABSTRACT    - E

| E OF HEARING (MO) (DAY) (YR) | DEPT. NO. | JUDGE | CLERK |
|---|---|---|---|
| 4-4-94 | NW E | SANDY KRIEGLER | M. CRUZAT |

| PORTER | COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT | PROBATION NO. OR PROBATION OFFICER |
|---|---|---|---|
| A. FENNER | K. CADY | M. GOTTLIEB, DPD | X 215946 |

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES (OR ALTERNATE FELONY/MISDEMEANORS):
☐ ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT (NUMBER OF PAGES)

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION MO | DAY | YR | CONVICTED BY | | | SENTENCE RELATION | | | | | PRINCIPAL OR CONSECUTIVE TIME IMPOSED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | YEARS | MONTHS |
| 1 | PC | 289 | PENTRTN FORG OBJ | 93 | 03 | 02 | 94 | X | | M | | | | | | 6 |
| 2 | PC | 288A(C) | FORCIBLE ORAL COP | 93 | 03 | 02 | 94 | X | | M | | | | | | 6 |
| 3 | PC | 261(A)(2) | FORCE RAPE | 93 | 03 | 02 | 94 | X | | M | | | | | | 6 |
| 4 | PC | 286(C) | SODOMY FORCE | 93 | 03 | 02 | 94 | X | | M | | | | | | 6 |
| 5 | PC | 261(A)(2) | FORCE RAPE | 93 | 03 | 02 | 94 | X | | M | | | | | | 6 |

2. ENHANCEMENTS charged and found true TIED TO SPECIFIC COUNTS (mainly in the § 12022-series) including WEAPONS, INJURY, LARGE AMOUNTS OF CONTROLLED SUBSTANCES, BAIL STATUS, ETC.: For each count list enhancement horizontally. Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385. Add up time for enhancements on each line and enter total in right-hand column.

| Count | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12022.B | 5 | | | | | | | | | 5 |
| 2,3,4,5 | 12022.8 | S | | | | | | | | | S |

3. ENHANCEMENTS charged and found true FOR PRIOR CONVICTIONS OR PRIOR PRISON TERMS (mainly § 667-series) and OTHER. List all enhancements based on prior convictions or prior prison terms charged and found true. If 2 or more under the same section, repeat it for each enhancement (e.g., if 2 non-violent prior prison terms under § 667.5(b) list § 667.5(b) 2 times). Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385. Add time for these enhancements and enter total in right-hand column. Also enter here any other enhancement not provided for in space 2.

| Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 667(A) | 5 | 667(A) | S | | | | | | | 5 |

4. INCOMPLETE SENTENCE(S) CONSECUTIVE:

| COUNTY | CASE NUMBER | CREDIT FOR TIME SERVED |
|---|---|---|
| | | |

5. OTHER ORDERS THE CRT ORDERS DEFT BE TESTED FOR THE AIDS VIRUS PURS TO 1202.1 PC.

Use additional sheets of plain paper if necessary.

| 6. TOTAL TIME IMPOSED ON ALL ATTACHMENT PAGES (FORM DSL 290-A): | |
|---|---|
| 7. TIME STAYED TO COMPLY WITH 5-YEAR OR 10-YEAR LIMIT ON SUBORDINATE TERMS, DOUBLE-BASED-TERM LIMIT, ETC. (Do not include § 654 stays or discretionary stays of term for enhancements.) | 33 |
| 8. TOTAL TERM IMPOSED: | 78 |

9. EXECUTION OF SENTENCE IMPOSED:
A. ☒ AT INITIAL SENTENCING HEARING   B. ☐ AT RESENTENCING PURSUANT TO DECISION ON APPEAL   C. ☐ AFTER REVOCATION OF PROBATION   D. ☐ AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT (PC § 1170(d))   E. ☐ OTHER

| 10. DATE OF SENTENCE PRONOUNCED (MO) (DAY) (YR) | CREDIT FOR TIME SPENT IN CUSTODY | TOTAL DAYS | ACTUAL LOCAL | LOCAL CONDUCT CREDITS | STATE INSTITUTIONS |
|---|---|---|---|---|---|
| 4-4-94 | 302 | INCLUDING: | 202 | 100 | ☐ CDC |

11. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:
☒ FORTHWITH
☐ AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS
INTO THE CUSTODY OF THE DIRECTION OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:
☐ CALIF. INSTITUTION FOR WOMEN - FRONTERA
☐ CALIF. MEDICAL FACILITY - VACAVILLE
☒ CALIF. INSTITUTION FOR MEN - CHINO
☐ DEUEL VOC. INST.
☐ SAN QUENTIN
☐ OTHER (SPECIFY):

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

DEPUTY'S SIGNATURE                                    4-19-94

This form is prescribed under Penal Code § 1213.5 to satisfy the requirements of § 1213 for determinate sentences. Attachments may be used but must be referred to in this document.

Form Adopted by the Judicial Council of California Effective April 1, 1992

**ABSTRACT OF JUDGMENT – PRISON COMMITMENT**
**FORM DSL 290**

Pen.C. 1213.5

DISTRIBUTION:    PINK COPY - COURT FILE        YELLOW COPY - DEPARTMENT OF CORRECTIONS        WHITE COPY - ADMINISTRATIVE OFFICE OF THE COURTS

# ABSTRACT OF JUDGMENT – PRISON COMMITMENT
## ATTACHMENT PAGE

FORM DSL 290-A

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **LOS ANGELES**
BRANCH **NORTHWEST**

COURT I.D. **1 9 0 0 0 7**

PEOPLE OF THE STATE OF CALIFORNIA versus
DEFENDANT: 01) JONES, LARRY VERNON
AKA: JONES, LAWRENCE VERNON

☒ PRESENT
☐ NOT PRESENT

CASE NUMBER (S)
**LA015282** · A
· B
· C

COMMITMENT TO STATE PRISON
ABSTRACT OF JUDGMENT
☐ AMENDED
ABSTRACT
· D
· E

DATE OF HEARING
04 04 94

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES (OR ALTERNATE FELONY/MISDEMEANOR):

THIS IS ATTACHMENT PAGE NO. **1**

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION MO | DAY | YEAR | CONVICTED BY | | | | | | | | | | PRINCIPAL OR CONSECUTIVE TIME IMPOSED YEARS | MONTHS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | PC | 286(C) | SODOMY BY FORCE | 93 | 03 | 02 | 94 | X | | M | | | | | | | | 6 | |
| 7 | PC | 261(A)(2) | FORCE RAPE | 93 | 03 | 02 | 94 | X | | M | | | | | | | | 6 | |
| 8 | PC | 286(C) | SODOMY BY FORCE | 93 | 03 | 02 | 94 | X | | M | | | | | | | | 6 | |
| 9 | PC | 288A(C) | FORCE ORAL COP | 93 | 03 | 02 | 94 | X | | M | | | | | | | | 6 | |
| 10 | PC | 203 | MAYHEM | 93 | 03 | 02 | 94 | X | | M | | | | | | | | 4 | |
| 11 | PC | 211 | 2ND DEG ROBB | 93 | 03 | 02 | 94 | X | | M | | | | | | | | 1 | 0 |

TOTAL **24**

2. ENHANCEMENTS charged and found true, TIED TO SPECIFIC COUNTS (mainly in the 12022 series) for counts listed on this page.

| Count | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 12022.8 | 5 | | | | | | | | | 5 |

TOTAL **5**

3. ENHANCEMENTS charged and found true FOR PRIOR CONVICTIONS OR PRIOR PRISON TERMS (mainly § 667-series) and OTHER.

| Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |

4. TOTAL TIME IMPOSED ON THIS ATTACHMENT PAGE:

ABSTRACT OF JUDGMENT — PRISON COMMITMENT

Form Adopted by the
Judicial Council of California
Effective April 1, 1990

ABSTRACT OF JUDGMENT – PRISON COMMITMENT

LAC   FORM DSL 290

E.17215

☒ SUPERIOR
☐ MUNICIPAL    COURT OF CALIFORNIA, COUNTY OF ___ LOS ANGELES
☐ JUSTICE

BRANCH OR JUDICIAL DISTRICT: ___ NORTHWEST

COURT (I.D.)
19 0 0 0 7

PEOPLE OF THE STATE OF CALIFORNIA versus
DEFENDANT: JONES, LARRY VERNON          ☒ PRESENT   LA015282   -A
AKA: JONES, LAWRENCE VERNON             ☐ NOT PRESENT            -B
                                                                -C
COMMITMENT TO STATE PRISON              AMENDED                  -D
ABSTRACT OF JUDGMENT     09-13-95       ABSTRACT ☒              -E

DATE OF HEARING (MO) (DAY) (YR): 04-04-94   DEPT. NO: NW E   JUDGE: SANDY KRIEGLER   CLERK: M. CRUZAT

REPORTER: A. FENNER   COUNSEL FOR PEOPLE: K. CADY   COUNSEL FOR DEFENDANT: M. GOTTLIEB, DPD   PROBATION NO. OR PROBATION OFFICER: X 215946

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES (OR ALTERNATE FELONY/MISDEMEANORS):

☒ ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT ___ 1 ___ (NUMBER OF PAGES)

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMM. | MO | DAY | YEAR | CONVICTED BY | | | SENTENCE RELATION | | | | | | | PRINCIPAL OR CONSECUTIVE TIME IMPOSED | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | YEARS | MONTHS |
| 1 | PC | 289 | PENTRTN FORG OBJ | 93 | 03 | 02 | 94 | X | | M | | | | | | | | 6 | |
| 2 | PC | 288A(C) | FORC/ORAL COPU | 93 | 03 | 02 | 94 | X | | M | | | | | | | | | |
| 3 | PC | 261(A)(2) | FORCE RAPE | 93 | 03 | 02 | 94 | X | | M | | | | | | | | 6 | |
| 4 | PC | 286(C) | SODOMY BY FORCE | 93 | 03 | 02 | 94 | X | | M | | | | | | | | | |
| 5 | PC | 261(A)(2) | FORCE RAPE | 93 | 03 | 02 | 94 | X | | | | | | | | X | | | 6 | |

2. ENHANCEMENTS charged and found true TIED TO SPECIFIC COUNTS (mainly in the § 12022-series) including WEAPONS, INJURY, LARGE AMOUNTS OF CONTROLLED SUBSTANCES, BAIL STATUS, ETC.:
For each count list enhancements horizontally. Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385.
Add up time for enhancements on each line and enter line total in right-hand columns.

| Count | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12022.8 | | | | | | | | | | 5 |
| | 12022.8 | | | | | | | | | | |

3. ENHANCEMENTS charged and found true FOR PRIOR CONVICTIONS OR PRIOR PRISON TERMS (mainly § 667-series) and OTHER.
List all enhancements based on prior convictions or prior prison terms charged and found true. If 2 or more under the same section, repeat it for each enhancement (e.g.: if 2 non-violent prior prison terms under § 667.5(b) list § 667.5(b) 2 times). Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385. Add time for these enhancements and enter total in right-hand column. Also enter here any other enhancement not provided for in space 2.

| Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 667(A) | 5 | 667(A) | S | | | | | | | 5 |
| Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total |

4. INCOMPLETED SENTENCE(S) CONSECUTIVE:

| COUNTY | CASE NUMBER | CREDIT FOR TIME SERVED |
|---|---|---|
| | | |

5. OTHER ORDERS
THE COURT ORDERS DEFT TO BE TESTED FOR THE
AIDS VIRUS PURS TO 1202.1 PC.

Use additional sheets of plain paper if necessary.

6. TOTAL TIME IMPOSED ON ALL ATTACHMENT PAGES (FORM DSL 290-A):   33

7. TIME STAYED TO COMPLY WITH 5-YEAR OR 10-YEAR LIMIT ON SUBORDINATE TERMS, DOUBLE-BASED-TERM LIMIT, ETC. (Do not include § 654 stays or discretionary stays of term for enhancements.)

8. TOTAL TERM IMPOSED:   78

9. EXECUTION OF SENTENCE IMPOSED:
A. ☒ AT INITIAL SENTENCING HEARING   B. ☐ AT RESENTENCING PURSUANT TO DECISION ON APPEAL   C. ☐ AFTER REVOCATION OF PROBATION   D. ☐ AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT (PC § 1170(d))   E. ☐ OTHER ___

10. DATE OF SENTENCE PRONOUNCED (MO) (DAY) (YR): 04-04-94   CREDIT FOR TIME SPENT IN CUSTODY: 302   TOTAL DAYS INCLUDING: 202 ACTUAL LOCAL TIME   100 LOCAL CONDUCT CREDITS   STATE INSTITUTIONS ☐ DMH ☐ CDC

11. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:
☒ FORTHWITH   UNTO THE CUSTODY OF THE DIRECTION OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:
☐ AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS
☐ CALIF. INSTITUTION FOR WOMEN – FRONTERA
☐ CALIF. MEDICAL FACILITY – VACAVILLE   ☐ SAN QUENTIN
☒ CALIF. INSTITUTION FOR MEN – CHINO   ☐ DEUEL VOC. INST.
☐ OTHER (STATE)

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

DEPUTY'S SIGNATURE ___   9-14-95

This form is prescribed under Penal Code § 1213.5 to satisfy the requirements of § 1213 for determinate sentences. Attachments may be used but the form must be returned to in this document.

Form Adopted by the Judicial Council of California
Effective April 1, 1992

ABSTRACT OF JUDGMENT – PRISON COMMITMENT
FORM DSL 290

Pen.C. 1213.5

DISTRIBUTION:   PINK COPY – COURT FILE   YELLOW COPY – DEPARTMENT OF CORRECTIONS   WHITE COPY – ADMINISTRATIVE OFFICE OF THE COURTS

# ABSTRACT OF JUDGMENT – PRISON COMMITMENT
## ATTACHMENT PAGE

FORM DSL 290-A

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **LOS ANGELES**
COURT B. **190007** BRANCH **NORTHWEST**

PEOPLE OF THE STATE OF CALIFORNIA versus
DEFENDANT: JONES, LARRY VERNON    ☒ PRESENT
AKA: JONES, LAWRENCE VERNON    ☐ NOT PRESENT

COMMITMENT TO STATE PRISON  09-13-95    AMENDED  ☒
ABSTRACT OF JUDGMENT

| CASE NUMBER (S) | |
|---|---|
| LA015282 | -A |
| | -B |
| | -C |
| | -D |
| | -E |

DATE OF HEARING (MO) (DAY) (YR)  04 04 94

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES (OR ALTERNATE FELONY/MISDEMEANORS):
THIS IS ATTACHMENT PAGE NO. **1**

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION MO | DAY | YEAR | CONVICTED BY JURY | CT | PLEA | NWP/BLIND | CONCURRENT | CONSECUTIVE 1/3 VIOLENT | CONSECUTIVE FULL TERM | CONSECUTIVE FULL-TERM S-667.6 | PRINCIPAL OR CONSECUTIVE TIME IMPOSED YEARS | MONTHS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | PC | 286(C) | BODOMY BY FORCE | 93 | 03 | 02 | 94 | X | | M | | | | X | | | 6 |
| 7 | PC | 261(A)(2) | FORCE RAPE | 93 | 03 | 02 | 94 | X | | M | | | | X | | | 6 |
| 8 | PC | 286(C) | BODOMY BY FORCE | 93 | 03 | 02 | 94 | X | | M | | | | X | | | 6 |
| 9 | PC | 288A(C) | FORCE ORAL COP | 93 | 03 | 02 | 94 | X | | M | | | | X | | | 6 |
| 10 | PC | 203 | MAYHEM | 93 | 03 | 02 | 94 | X | | M | | | | X | | | 4 |
| 11 | PC | 245(A)(1) | ASSLT W/ DW | 93 | 03 | 02 | 94 | X | | M | | | | X | | | |

TOTAL **28**

2. ENHANCEMENTS charged and found true, TIED TO SPECIFIC COUNTS (mainly in the §12022 series) for counts listed on this page.

| Count | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 12022.8 | 5 | | | | | | | | | 5 |
| 10 | 12022.7 | 3 | | | | | | | | | 3 |
| 11 | 12022.7 | 5 | | | | | | | | | 0 |

TOTAL

3. ENHANCEMENTS charged and found true FOR PRIOR CONVICTIONS OR PRIOR PRISON TERMS (mainly § 667-series) and OTHER.

| Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total |
| | | | | | | | | | | |

4. TOTAL TIME IMPOSED ON THIS ATTACHMENT PAGE: **33**

Form Adopted by the
Judicial Council of California
Effective April 1, 1990

## ABSTRACT OF JUDGMENT – PRISON COMMITMENT
## ATTACHMENT FORM DSL 290-A

Pan C. 1213.5

DISTRIBUTION:    PINK COPY – COURT FILE    YELLOW COPY – DEPARTMENT OF CORRECTIONS    WHITE COPY – ADMINISTRATIVE OFFICE OF THE COURTS

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**    **DEPT.** NWE

Date: MARCH 2, 1994
HONORABLE: SANDY R. KRIEGLER
J ROUND

JUDGE
Deputy Sheriff

M CRUZAT
G GORKOS

Deputy Clerk
Reporter

LA 015282-01
PEOPLE OF THE STATE OF CALIFORNIA
VS
01 JONES, LARRY VERNON
AKA 01 JONES, LAWRENCE VERNON
261.A2 3 cts 289 1 ct 288a(c) 2 cts
286(c) 3 cts 203 1 ct 245(A)(1) 1 ct

(Parties and counsel checked if present)
Counsel for People:
DEPUTY DISTRICT ATTY:  K CADY ✓

Counsel for Defendant:  M GOTTLIEB DPD ✓

NATURE OF PROCEEDINGS
JURY TRIAL                    REM                    11-3-93

Trial, continued from March 1, 1994, resumes with counsel, defendant and jurors present.

At 9:10 a.m., the Court unseals the envelope containing the verdicts and the following verdicts are read:

TITLE OF COURT AND CAUSE

"We, the Jury in the above-entitled action, find the Defendant, LARRY VERNON JONES guilty of ANAL OR GENITAL PENETRATION BY A FOREIGN OBJECT, in violation of Penal Code SEction 289, a Felony, as charged in Count One of the information.

We further find the allegation that the defendant LARRY VERNON JONES, inflicted great bodily injury upon the victim, Terri Marie Jim , within the meaning of Penal Code Section 12022.8 to be TRUE.

This 1 day of March, 1994 /s/ Robert A. Rivard/s/, Foreperson"

TITLE OF COURT AND CAUSE

"We, the Jury in the above-entitled action, find the Defendant, LARRY VERNON JONES guilty of FORCIBLE ORAL COPULATION, in violation of Penal Code Section 288a(c), a Felony, as charged in Count Two of the information.

We further find the allegation that the defendant LARRY VERNON JONES, inflicted great bodily injury upon the victim, Terri Marie Jim, within the meaning of Penal Code Section 12022.8 to be NOT TRUE.

This 1 day of March, 1994 /s/ROBERT A. RIVARD/s/, Foreperson"

TITLE OF COURT AND CAUSE

"We, the Jury in the above-entitled action, find the Defendant LARRY VERNON JONES, guilty of FORCIBLE RAPE, in violation of Penal Code Section 261(a)(2), a felony, as charged in Count Three of the information.

We further find the allegation that the defendant LARRY VERNON JONES, inflicted great bodily injury upon the victim, TERRY MARIE JIM, within the meaning of Penal Code Section 12022.8 to be NOT TRUE.

This 1 day of March, 1994 /s/ ROBERT A. RIVARD/s/ FOREMAN"

78M 413L C-120 7/89

MINUTE ORDER

MINUTES ENTERED
3-2-94
COUNTY CLERK

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES    **DEPT.** NWE

Date: MARCH 2, 1994
HONORABLE:   SANDY R. KRIEGLER                    JUDGE   M CRUZAT
             J ROUND                      Deputy Sheriff   G GORKOS    Deputy Clerk
                                                                       Reporter

LA 015282-01                    (Parties and counsel checked if present)
PEOPLE OF THE STATE OF CALIFORNIA          Counsel for People:
                VS                         DEPUTY DISTRICT ATTY:      K CADY
        01 JONES, LARRY VERNON
AKA   01 JONES, LAWRENCE VERNON           Counsel for Defendant:
      261.A2 3 cts 289 1 ct 288a(c) 2 cts                        M GOTTLIEB DPD
      286(c) 3 cts 203 1 ct 245(a)(1) 1 ct

NATURE OF PROCEEDINGS
              JURY TRIAL                 REM .              11-3-93

### TITLE OF COURT AND CAUSE

"We, the Jury in the above-entitled action, find the defendant LARRY VERNON JONES, guilty of SODOMY BY USE OF FORCE, in violation of Penal Code Section 286(c), a felony, as charged in Count Four of the information.

We further find the allegation that the defendant, LARRY VERNON JONES, inflicted great bodily injury upon the victim, Terry Marie Jim, within the meaning of Penal Code Section 12022.8 to be TRUE.

This 1 day of March, 1994/s/ROBERT A. RIVARD/s/, Foreperson"

### TITLE OF COURT AND CAUSE

"We, the Jury in the above-entitled action, find the Defendant LARRY VERNON JONES, guilty of FORCIBLE RAPE, in violation of Penal Code Section 261(a)(2), a felony, as charged in Count Five of the information.

We further find the allegation that the defendant, LARRY VERNON JONES, inflicted great bodily injury upon the victim, Terri Marie Jim, within the meaning of Penal Code  Section 12022.8 to be NOT TRUE.

This 1 day of March, 1994 /s/ROBERT A RIVARD/s/, Foreman"

### TITLE OF COURT AND CAUSE

"We, the Jury in the above-entitled action, find the Defendant, LARRY VERNON JONES, guilty of SODOMY BY USE OF FORCE, in violation of Penal Code Section 286(c), a felony, as charged in Count Six of the information.

This 1 day of March, 1994 /s/ROBERT A. RIVARD/s/, Foreperson"

### TITLE OF COURT AND CAUSE

"We, the Jury in the above-entitled action, find the  Defendant LARRY VERNON JONES, guilty of FORCIBLE RAPE, in violation of Penal Code Section

78M 413L C-120 7/89                Page 2 of 4
                                   MINUTE ORDER

MINUTES ENTERED

3-2-94
COUNTY CLERK

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

**DEPT.** NWE

Date: MARCH 2, 1994
HONORABLE:
SANDY R. KRIEGLER  JUDGE    M CRUZAT
J ROUND  Deputy Sheriff    G GORKOS

Deputy Clerk
Reporter

LA 015282-01
PEOPLE OF THE STATE OF CALIFORNIA
VS
01 JONES, LARRY VERNON
AKA 01 JONES, LAWRENCE VERNON
261.A2 3 cts 289 1 ct 288a(c) 2 cts
286(c) 3 cts 203 1 ct  245(a)(1) 1 ct

(Parties and counsel checked if present)

Counsel for People:
DEPUTY DISTRICT ATTY:    K CADY

Counsel for Defendant:    M GOTTLIEB DPD

NATURE OF PROCEEDINGS: JURY TRIAL    REM    11-3-93

261(a)(2), a felony, as charged in Count Seven of the Information.

We further find the allegation that the defendant, LARRY VERNON JONES, inflicted great bodily injury upon the victim, Terri Marie Jim, within the meaning of Penal Code Section 12022.8 to be NOT TRUE.

This 1 day of March, 1994/s/ROBERT A. RIVARD/s/ Foreperson"

TITLE OF COURT AND CAUSE

"We, the Jury in the above-entitled action, find the Defendant, LARRY VERNON JONES, guilty of SODOY BY USE OF FORCE, in violation of Penal Code Section 286(c), a felony, as charged in Count Eight of the information.

We further find the allegation that the defendant, LARRY VERNON JONES, inflicted great bodily injury upon the victim, Terry Marie Jim, within the meaning of Penal Code Section 12022.8 to be TRUE.

This 1 day of March, 1994 /s/ROBERT A. RIVARD/s/ Foreperson"

TITLE OF COURT AND CAUSE

"We, the Jury in the above-entitled action, find the Defendant, LARRY VERNON JONES, guilty of FORCIBLE ORAL COPULATION, in violation of Penal Code Section 288a(c), a felony, as charged in Count Nine of the information.

We further find the allegation that the defendant, LARRY VERNON JONES, inflicted great bodily injury upon the victim, Terri Marie Jim, within the meaning of Penal Code Section 12022.8 to be NOT TRUE.

This 1 day of March, 1994 /s/ROBERT A. RIVARD/s/, Foreperson"

TITLE OF COURT AND CAUSE

"We, the Jury in the above-entitled action, find the Defendant LARRY VERNON JONES, guilty of MAYHEM, in violation of Penal Code Section 203, a Felony

Page 3 of 4
MINUTE ORDER

MINUTES ENTERED
3-2-94
COUNTY CLERK

78M 413L C-120 7/89

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**      **DEPT.** NWE

Date:      MARCH 2, 1994
HONORABLE:      SANDY R. KRIEGLER                                      M CRUZAT
             J ROUND                          JUDGE                   G GORKOS
                                          Deputy Sheriff                                   Deputy Clerk
                                                                                          Reporter

LA 015282-01                    (Parties and counsel checked if present)

PEOPLE OF THE STATE OF CALIFORNIA          Counsel for People:
                    VS                      DEPUTY DISTRICT ATTY:      K CADY
    01 JONES, LARRY VERNON
AKA 01 JONES, LAWRENCE VERNON
    261.A2 3 cts 289 1 ct 288a(c) 2 cts Counsel for Defendant:    M GOTTLIEB DPD
        286(c) 3 cts 203 1 ct 245(a)(1) 1 ct

NATURE OF PROCEEDINGS
                    JURY TRIAL                      REM              11-3-93

as charged in Count Ten of the information.

We further find the allegation that in the commission of the above offense the
said defendant, LARRY VERNON JONES, with the intent to inflict such injury,
personally inflicted great bodily injury upon Terri Marie Jim, not an accomplice
to the above offense, within the meaning of Penal Code Section 12022.7
to be TRUE.

This 1 day of March, 1994 /s/ROBERT A. RIVARD/s/ Foreperson"      *STRICKEN*

                    TITLE OF COURT AND CAUSE

"We, the Jury in the above-entitled action, find the Defendant LARRY VERNON
JONES, guilty of ASSAULT BY MEANS OF FORCE LIKELY TO PRODUCE GREAT BODILY
INJURY, in violation of Penal Code Section 245(a)(1), a Felony, as charged
in Count Eleven of the information.

We further find the allegation that in the commission of the above offense,
the said defendant, LARRY VERNON JONES, with the intent to inflict such injury,
personally inflicted great bodily injury upon Terri Marie Jim, not an accomplice
to the above offense, within the meaning of Penal Code Section 12022.7 to be
TRUE.

This 1 day of March, 1994 /s/ROBERT A .RIVARD/s/, Foreperson"

Re-reading of the verdicts as recorded is waived. The jury is polled and
all answer in the affirmative as to all counts. The jury is thanked and
discharged. All verdicts and instructions given , given refused and (withdrawn)
are filed.

Matter re: priors is called for trial. People's Exhibit 7 (6 pages-Department
of Corrections records) is marked for identification only then admitted in
evidence. People rest. Defense rests. Matter is submitted. Court finds
the allegation pursuant to Penal Code SEction 667(a) and the allegation
under Penal Code Section 667.5(b) to be TRUE.

Probation and Sentence is set April 4, 1994 at 8:30 a.m. in this department.
Defendant waives further probation referral. Time is waived.
Defendant and counsel are ordered to return.

76M 413L C-120 7/89
          01 REM                    MINUTE ORDER

MINUTES ENTERED
3-2-94
COUNTY CLERK

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES | **DEPT.** NWE

| Date: | APRIL 4, 1994 | | |
|---|---|---|---|
| HONORABLE: | SANDY R. KRIEGLER | JUDGE | M CRUZAT |
| | J ROUND | Deputy Sheriff | A FENNER |

Deputy Clerk
Reporter

LA 015282-01    (Parties and counsel checked if present)

PEOPLE OF THE STATE OF CALIFORNIA
VS
01 JONES, LARRY VERNON
AKA 01 JONES, LAWRENCE VERNON
261.A2 3 cts 289 1 ct 288a(c) 2 cts
286(c) 3 cts 203 1 ct 245(a)(1) 1 ct

Counsel for People:
DEPUTY DISTRICT ATTY:    K CADY

Counsel for Defendant:    M GOTTLIEB DPD

X 215946

NATURE OF PROCEEDINGS    P&S    REM    11-3-93

Probation denied.  Sentence imposed as follows:

Imprisoned in state prison for a total of 78 years.

Court selects the midterm of 6 years in count one plus 5 years consecutive
pursuant to Penal Code Section 12022.8.

Plus midterm of 6 years as to count 2 to run consecutive to count 1.

Plus midterm of 6 years as to count 3 to run consecutive to count 1.

Plus midterm of 6 years as to count 4 to run consecutive to count one
plus 5 years consecutive pursuant to Penal Code Section 12022.8.

Plus midterm of 6 years to run consecutive to count one.

Plus midterm of 6 years as to count 6 to run consecutive to count one.

Plus midterm of 6 years as to count 7 to run consecutive to count one.

Plus midterm of 6 years as to count 8 to run consecutive to count one.
*Plus 5 years consecutive pursuant to Penal Code Section 12022.8*
Plus midterm of 6 years as to count 9 to run consecutive to count one.

Plus midterm of 4 years as to count 10 to run consecutive to count one.
Court strikes the great bodily injury allegation pursuant to Penal
Code Section 12022.7 for purposes of sentencing only.

Plus midterm of 3 years as to count 11 to run concurrent with count ten.
Court strikes  great bodily injury allegation pursuant to Penal Code
Section 12022.7 for purposes of sentencing only. Sentence in count 3 — *see nunc*
is stayed pursuant to Penal Code Section 654- stay to become permanent    *#119*
upon completion  of the sentence in count 10.

*Nunc pro tunc 4-9-94*

Page 1 of 2

MINUTES ENTERED
4-4-94
COUNTY CLERK

76M 413L C-120 7/89

**MINUTE ORDER**

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES **DEPT.** NWE

Date: APRIL 4, 1994

HONORABLE: SANDY R. KRIEGLER
J ROUND

JUDGE
Deputy Sheriff

M CRUZAT
A FENNER

Deputy Clerk
Reporter

LA 015282-01
PEOPLE OF THE STATE OF CALIFORNIA
VS
01 JONES, LARRY VERNON
AKA 01 JONES, LAWRENCE VERNON
261.A2 3 cts 289 1 ct 288a(c) 2 cts
286(c) 3 cts 203 1 ct 245(a)(1) 1 ct

(Parties and counsel checked if present)

Counsel for People:
DEPUTY DISTRICT ATTY:      K CADY

Counsel for Defendant:      M GOTTLIEB DPD

X 215946

NATURE OF PROCEEDINGS

P&S                    REM               11-3-93

Plus 5 years consecutive pursuant to Penal Code Section 667(a) prior allegation.

Court strikes the allegation pursuant to Section 667.5(b) Penal Code for purposes of sentencing only.

Court orders that defendant be tested for aids virus pursuant to Penal Code Section 1202.1.

Defendant is ordered to pay $200.00 restitution pursuant to Government Code Section 13967(a).

Defendant given total credit 302 days in custody (202 actual days in custody plus 100 days good time/work time).

Defendant is advised of appeal rights.

01 REM

MINUTES ENTERED
4-4-94
COUNTY CLERK

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

**DEPT.** NWE

| Date: | APRIL 19, 1994 | | | |
| HONORABLE: | SANDY R. KRIEGLER | JUDGE | M CRUZAT | Deputy Clerk |
| | J ROUND | Deputy Sheriff | NONE | Reporter |

LA015282-01          (Parties and counsel checked if present)

PEOPLE OF THE STATE OF CALIFORNIA
            VS
01 JONES LARRY VERNON
AKA 01 JONES LAWRENCE VERNON
261.A2 3 cts 289 1 ct 288a(c) 2 cts
286(c) 3 cts 203 1 ct 245(a)(1) 1 ct

Counsel for People:
DEPUTY DISTRICT ATTY:    EXHIBIT K CADY

Counsel for Defendant:
            M GOTTLIEB DPD

NO APPEARANCES

NATURE OF PROCEEDINGS

NUNC PRO TUNC ORDER

IT APPEARING TO THE COURT THAT THROUGH INADVERTENCE AND CLERICAL ERROR,
THE MINUTE ORDER DATED APRIL 4, 1994 DOES NOT PROPERLY REFLECT THE
ORDER OF THE COURT; SAID MINUTE ORDER IS CORRECTED NUNC PRO TUNC AS
FOLLOWS:

BY DELETING:          "SENTENCE IN COUNT 3 IS STAYED PURSUANT TO PENAL
                      CODE SECTION 654-STAY TO BECOME PERMANENT UPON COMPLETION
                      OF THE SENTENCE IN COUNT 10."

BY SUBSTITUTING:      "SENTENCE IN COUNT 11 IS STAYED PURSUANT TO PENAL CODE
                      SECTION 654-STAY TO BECOME PERMANENT UPON COMPLETION
                      OF THE SENTENCE IN COUNT 10."

NUNC PRO TUNC ORDER

IT APPEARING TO THE COURT THAT THROUGH INADVERTENCE AND CLERICAL ERROR, THE
MINUTE ORDER DATED FEBRUARY 24, 1994 DOES NOT PROPERLY REFLECT OF THE
ORDER OF THE COURT; SAID MINUTE ORDER IS CORRECTED NUNC PRO TUNC AS FOLLOWS:

BY ADDING:   "On People's motion, the information is amended by interlineation
             as follows:  by reflecting count 12 in the information as
             the new count 11."

MINUTES ENTERED
4-19-94
COUNTY CLERK

78M 413L C-120 7/89                    **MINUTE ORDER**

DEPT NW"E"

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

Date: September 13, 1995
HONORABLE:

| SANDY R. KRIEGLER | JUDGE | | M CRUZAT | Deputy Clerk |
|---|---|---|---|---|
| J ROUND | Deputy Sheriff Court Attendant | | NONE | Reporter |

LA015282-01
People of the State of California
vs.

01 JONES, LARRY VERNON
   AKA 01 JONES LAWRENCE VERNON
      261.A2 3 CTS 289 1 CT 288A(C) 2 CTS
      286(C) 3CTS 203 1 CT 245.(a)(1) 1 CT

(Parties and counsel checked if present)
Counsel for People:
Deputy District Attorney:

Counsel for Defendant:
NO APPEARANCES

NATURE OF PROCEEDINGS

COURT ORDER TO AMEND ABSTRACT OF JUDGMENT          REM          --

Good cause appearing, the abstract of judgment is ordered amended as follows:

In Count 10, court orders the great bodily injury allegation under Penal Code Section 12022.7 stayed under Penal Code Section 654 as directed by the Court of Appeal.

The Judgment Clerk is ordered to prepare an Amended Abstract of Judgment and send a copy to the Department of Corrections, district attorney Kathy Cady and public defender Michael Gottlieb.

certify to which this certificate
ver of is a full, true and correct copy
he original on file and of record in my

JOHN A. CLARKE, Executive Officer/Clerk,
of the Superior Court of California,
County of Los Angeles.

Deputy



01 REM

MINUTE ORDER          DEPT. NW"E"

MINUTE ORDER ENTERED
9/13/95
CLERK, SUPERIOR COURT

```
LEGAL STATUS SUMMARY  TYPE-   D   CAL     ** DISCREPANT **07/23/2007 21:35
```

| CDC NUMBER | NAME | ETHNIC | BIRTHDATE |
|---|---|---|---|
| E17215 | JONES,LARRY | BLA | 07/04/1966 |

```
ACA JONES,LARRY,VERNON
```

| TERM STARTS | MAX REL DATE | MAX ADJ REL DT | CURRENT REL DT |
|---|---|---|---|
| 04/27/1994 | 05/28/2071 | 05/28/2071 | 01/20/2065 |

```
BASE TERM  4/00 + ENHCMNTS  74/00 = TOT TERM  78/00
```
```
                                                     | PAROLE PERIOD
                                                     | 3 YRS
```

```
PRE-PRISON + POST SENTENCE CREDITS
CASE      P2900-5 P1203-3 P2900-1 CRC-CRED MH-CRED P4019   P3931 POST-SENT  TOT

LA015282    202                              100                22    324

REGISTRATION REQUIRED PER P290
PC296 DNA COMPLETED
NOTIFICATION REQUIRED PER P3058.6
```

```
RECV DT/ COUNTY/    CASE   SENTENCE DATE              CREDIT     OFFENSE
CNT         OFF-CODE  DESCRIPTION                     CODE       DATE
```

```
CONTROLLING PRINCIPAL & CONSECUTIVE   (INCLUDES ENHANCEMENTS/OFFENSES):
CONTROLLING CASE --
 4/27/1994  LA    LA015282    4/04/1994
                  01 P667(A)   01 PFC SERIOUS              1
 10 P203      MAYHEM                                       1   09/11/1993
 01 P287(A)   RAPE FOREIGN OBJ             CS              1   09/11/1993
              P12022.8   01 GBI SEX CRIME                  1
 02 P288A(C)  ORAL COP W/FO                CS              1   09/11/1993
 03 P261(2)   RAPE/RESIST F/V              CS              1   09/11/1993
 04 P286(C)   SOD W/FO                     CS              1   09/11/1993
              P12022.8   01 GBI SEX CRIME                  1
 05 P261(2)   RAPE/RESIST F/V              CS              1   09/11/1993
 06 P286(C)   SOD W/FO                     CS              1   09/11/1993
 07 P261(2)   RAPE/RESIST F/V              CS              1   09/11/1993
 08 P286(C)   SOD W/FO                     CS              1   09/11/1993
              P12022.8   01 GBI SEX CRIME                  1
 09 P288A(C)  ORAL COP W/FO                CS              1   09/11/1993
```

| WTIP WAIVER DATE | BEGINNING BALANCE | CREDIT APPLIED | TOTAL LOST | TOTAL RESTORED | NET TOTAL |
|---|---|---|---|---|---|
| 04/27/1994 | 2409 | 2965 | 766 | 120 | 2319 |

```
CREDITS AUTO RE-VESTED PER PC-2934 :    11
```

```
TRAN                                    RULE      VIOL
TYPE     DATE      END DATE   LOG NUMBER  NUMBER   CAT   DAYS

         ****** CONTINUED ******
```

STATE OF CALIFORNIA                    **CHRONOLOGICAL HISTORY**               DEPARTMENT OF CORRECTIONS
                                                                                      CDC 112 (Rev.)

| Date | Chronological Listings | Initials | Dead Time | Release Date |
|---|---|---|---|---|
| 11-21-97 | WC LOSS 18' OF DAYS, | | | |
| | LOG # 9216012 DATED 10-2-97 | Pc | EPRD | 6-15-2046 |
| DEC 2 3 1997 | REC'D CSP-CORCORAN | MG | | |
| 9-17-98 | Intake audit. PC 290 preregistration | | | |
| | not required. Date change due to D2 | | | |
| | time from 10-7-97 to 5-22-98. WCG | JB | | |
| | thru 9-16-98 @ A2 | Q | Eprd | 10-28-2046 |
| 11/25/98 | WCL, 120 days, # 389811009, dtd 11/4/98 | (Dm) | Eprd | 1/16/2047 |
| 6-22-99 | A1 effective 6-22-99 | CMC | EPRD | 2-24-2035 |
| 9-2-99 | Transfer Audit - Reviewed for Compliance | | | |
| | with PC 296 | CMC | | |
| SEP 0 8 1999 | Rec'd HPSP | HPC | | |
| 10-22-99 | INTAKE AUDIT | PC | | |
| 10-22-99 | Reviewed for Compliance with | | | |
| | PC 296 / Credit Code review | PC | | |
| 5-12-2000 | WCG THRU 4-30-2000, 6 MONTH | PC | EPRD | 2-29-2035 |
| 12-7-00 | WCG THRU 11-30-00, 6 MONTH | PC | EPRD | 2-24-2035 |
| 6-21-01 | WCG THRU 5-31-01, 6 MONTH | SP | EPRD | 2-24-2035 |
| 10-30-01 | WC RESTORE OF 30 DAYS, | | | |
| | LOG # 9602035 , CHRONO 10-25-01 | | | |
| | WC RESTORE OF 90 DAYS, | | | |
| | LOG # 9608012 , CHRONO 10-25-01 | | | |
| | | SP | EPRD | 12-26-34 |
| 12-21-01 | Transfer Audit | SP | EPRD | 12-22-34 |
| 12/27/2001 | Rec'd CCI-IV | WB | | |
| 3-19-2002 | INTAKE AUDIT, WCG thru 2-28-2002 @ A' | gb | eprd | 12-27-2034 |
| 3-19-2002 | Notice requested per 3058.6 | gb | | |
| 3-19-2002 | P3060.7 Supervision Case | gb | | |
| 10-3-02 | Six month work credit gain. Credit applied through 9-30-02 | MC | eprd | 12-27-2034 |
| 3-26-03 | RECEIVED CSP-CORCORAN | MG | | |

| Number | Name | | | Page |
|---|---|---|---|---|
| E17215 | Jones, Larry | | | 10 |

STATE OF CALIFORNIA

**CHRONOLOGICAL HISTORY**

DEPARTMENT OF CORRECTIONS
CDC 112 (9-63)

| Date | Chronological Listings | Initials | Dead Time | Release Date |
|------|------------------------|----------|-----------|--------------|
| 4-14-03 | Intake Audit | cmc | EPRD | 12-27-2634 |
| 10-17-03 | SIX-MONTH WCG. CREDITS APPLIED THRU 9-30-2003 @A1. | De | | |
| 4-15-04 | 1c mo wcg | cmc | | |
| 2-1-05 | lw 128g. dtd 9-1-04. 115 dtd 29-04. #3C0402011 | | | |
| | Dismissed D-2 time / SHU term vacated. Grant | | | |
| | 'S' time eff. 2-5-04. wcg thru 3-1-05 @A1. | cmc | | |
| | No change in EPRD date. D-2 time was | | | |
| | never entered | cmc | EPRD | 12-27-2034 |
| 12-29-05 | Transfer Audit | cmc | | |
| 1-06-06 | REC'D CALIPATRIA STATE PRISON | JR | | |
| 3-11-2006 | FILE AUDITED   D. take | P | | |
| | Pc 296 DNA Completed | MM | | |
| 9-27-2007 | WCL C70 DAYS RVR 6-24-2007 | | RW EPRD 2702035 | |
| | LOG # 0607B24 | | | |
| Jan 02 2008 | D-2 effective 9-4-2007 | | | |
| | WCL 30 Days RVR 9-27-2007 | | RW EPRD 832062 | |
| | LOG # 0907A5-002 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Number | Name | Page |
|--------|------|------|
| E-17215 | Jones, Larry | 1-d |

STATE OF CALIFORNIA

**CHRONOLOGICAL HISTORY**

DEPARTMENT OF CORRECTIONS

CDC 112 (9-83)

| Date | Chronological Listings | Initials | Dead-Time | Release Date |
|------|------------------------|----------|-----------|--------------|
| 10-21-93 | **SB16 Audited — Ineligible** | wcc | RRD | 9-15-94 |
| 4-28-94 | Rec'd CCI-EC          PVWLIT    (B | | MCDD | 7-4-95 |
| 5-16-94 | **PROCESS AUDIT** | RBC | DR | N/A |
| | **RESTITUTION ORDERED PER** | | Arson Act | Contms 9-16-2043 |
| | **LA CO. CASE #LA05282 , $200⁰⁰** EBR | | | |
| MAY 2 4 1994 | REC'D CALIPATRIA STATE PRISON | Rejs | | |
| JUN 1 0 1994 | INTAKE AUDIT | | | |
| | WCG @ A² thru 6-8-94; | | | |
| | NOTICE PURSUANT TO 3OSB.6PC | JRR | | |
| 2-25-95 | **WCG AT A² THRU 1.31.95.** | JRR | | |
| 8-2-95 | Transfer Audit | Dr | | |
| 0 4 AUG 1995 | **REC'D CSP-LAC** | RD | | |
| 9-1-95 | EPRD recalculated) WCG through 9-1-95 @A¹ | CW | EPRD | 4-27-2033 |
| 9-6-95 | Intake Audit | cw | | |
| 9-29-95 | Received amended Abstract of Judgment | | | |
| | and modified Minute Order in Los | | | |
| | Angeles Co. case LA015282 correcting | | | |
| | sentencing errors on cts 10, 11. Total | | | |
| | term unchanged | cw | | |
| 3-14-96 | 30 day WCL 9602035 (115 dated 2-14-96) | | EPRD | |
| | 6 month WCG through 2-29-96 @ A1 | cw | | 5-27-2033 |
| 5-28-96 | Recd HDSP | KW | | |
| 8-12-96 | WC S thru 7-31-96 at D1, WC L #96070015, -75 | JT | EPRD | 12-8-204? |
| 8-13-96 | Olis update completed | JT | | |
| 8-19-96 | WC S thru 7-3-96 at D1, WC L #9608012 -96 | JT | EPRD | 2-6-2046 |
| 2-8-97 | WCG thru 1-31-97, Intake | | EPRD | 2-14-2046 |
| | audit, 6 mo audit | JV | | |
| 8/26/97 | WCG Thru 7/31/97  6 mo Gain | Vc | EPRD | 2-14-204? |

| Number | Name | Page |
|--------|------|------|
| E 17215 | Tmos  Larri | 1/1 |

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION FOUR

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, | Court of Appeal No. B084730<br>Superior Court No. LA015282 |
|     Plaintiff-Respondent, | |
| v. | |
| LAWRENCE VERNON JONES, | |
|     Defendant-Appellant. | |

## STATEMENT OF APPEALABILITY

This appeal is from a final judgment following a jury trial and is authorized by Penal Code section 1237.[1]

## STATEMENT OF THE CASE

Appellant, Lawrence Vernon Jones, was charged in an information filed November 3, 1993, in Count 1 with forcible anal or genital penetration by a foreign object (sec. 289 subd. (a)); in Counts 2 and 9 with forcible oral copulation (sec. 288(a) subd. (c)); in Counts 3, 5 and 7 with forcible rape (sec. 261 subd. (a)(2)); in Counts 4, 6 and 8 with forcible sodomy (sec. 286 subd. (c)); in Count 10 with mayhem (sec. 203); and in Count 11 with assault with intent to inflict great bodily injury (sec. 245 subd. (a)(1)).   Counts 1, 2, 3, 4, 5, 7, 8 and 9 also alleged that appellant inflicted great bodily injury in the commission of the respective offenses (sec. 12022.8) and in Counts 10 and 11 that appellant personally inflicted great bodily injury (sec. 12022.7).

---

[1]   All references are to the Penal Code unless otherwise indicated.

1

The information also alleged a serious felony prior (sec. 667 subd. (a)) and a prison prior (sec. 667.5 subd. (b)). The victim in all offenses was alleged to be Terri Marie Jim. All offenses were alleged to have occurred on or about September 11, 1993. (C.T.[2] 72-82)

On March 2, 1994, the jury found appellant guilty of all offenses as charged and found that appellant inflicted great bodily injury as alleged in Counts 1, 4 and 8. The jury found appellant personally inflicted great bodily injury in Counts 10 and 11. The jury found the great bodily injury allegations in Counts 2, 3, 5, 7 and 9 to be not true. (C.T. 196-200; R.T.[3] 307-315)

On April 4, 1994, the court selected Count 1 as the base term and imposed the midterm of six years plus a consecutive five years for the great bodily injury enhancement; in Count 2 a consecutive midterm of six years; in Count 3 a consecutive midterm of six years; in Count 4 a consecutive midterm of six years plus a consecutive five-year sentence for the great bodily injury enhancement; in Count 5 a consecutive midterm of six years; in Count 6 a consecutive midterm of six years; in Count 7 a consecutive midterm of six years; in Count 8 a consecutive midterm of six years plus five years for the great bodily injury enhancement; in Count 9 a consecutive midterm of six years; in Count 10 a consecutive midterm of four years and struck the punishment for the great bodily injury enhancement. Pursuant to

---

[2]     C.T. refers to the Clerk's Transcript.

[3]     R.T. refers to Reporter's Transcript.

section 654 the court stayed the sentence in Count 11. The court imposed a consecutive five years for the serious felony prior and struck the punishment for the prison prior for a total sentence of 78 years. (C.T. 212-216; R.T. 324-331)

Appellant filed a timely notice of appeal on April 28, 1994. (C.T. 217)

### STATEMENT OF FACTS

In September, 1993, Thomas Jim[4] was living with his wife, Terri Marie Jim, in North Hollywood. On September 10, or early September 11, 1993, Terri Marie left the house to get a pack of cigarettes at the store.[5]

On her way to the store, she was grabbed from behind by a black man, who she identified as appellant, near the railroad tracks. They fell to the ground (R.T. 72-73, 81) and fought for five to ten minutes, hitting each other in the head with rocks. (R.T. 74) Terri Marie got up to run but appellant caught her from behind. (R.T. 75) Appellant showed Terri Marie his arm and told her she had injured him. (R.T. 97) He took her to a couch that was by the side of the tracks, ripped her clothes off, and forced her to orally copulate him for five to ten minutes. Appellant inserted his finger and then his penis in her vagina, then sodomized her; and then again inserted his penis in her vagina.

---

[4]   At the time of his testimony, Jim was in custody after conviction for crimes of spousal abuse and assault on a police officer. (R.T. 42)

[5]   Thomas testified Terri Marie left around 11:00 p.m. (R.T. 43); Terri Marie testified the time was around 12:30 a.m. (R.T. 67).

# VERIFICATION

## STATE OF CALIFORNIA
## COUNTY OF IMPERIAL

### (C.C.P. SEC. 446 & 2015.5; 28 U.S.C. SEC. 1746)

I, **Larry Jones** DECLARE UNDER THE PENALTY OF PERJURY
THAT: I AM THE _____ IN THE ABOVE ENTITLED ACTION;
I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS
TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND
BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS **2** DAY OF **April 2**, 200**8** AT CALIPATRIA
STATE PRISON, CALIPATRIA, CALIFORNIA 92233-5002

(SIGNATURE) **Larry Jones**
(DECLARANT/PRISONER)

---

## PROOF OF SERVICE BY MAIL

### (C.C.P. SEC. 1013 (a) & 2015.5; 28 U.S.C. SEC. 1746)

I, **Larry Jones** , AM A RESIDENT OF CALIPATRIA STATE PRISON, IN THE COUNTY
OF IMPERIAL, STATE OF CALIFORNIA; I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND/AM
NOT A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. BOX 5002,
CALIPATRIA, CALIFORNIA 92233-5002

ON **April 2** , 200**8**, I SERVED THE FOREGOING:
**Habeus Corpus to District Court and Attorny General**

(SET FORTH EXACT TITLE OF DOCUMENT(S) SERVED)
ON THE PARTY(S) HEREIN BY PLACING A TRUE COPY(S) THEREOF, ENCLOSED IN A SEALED ENVELOPE
(S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO
PROVIDED AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA 92233-5002

Office of the Attorny General
110 west "A" street
San Diego, CA. suite 1100
92101 - 5266

U.S.D.C Southern Dist of Calif
4290 Edward J Swartz
United States courthouse
940 Front Street
San Diego CA. 92101

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS
REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO
ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: **April 2** , 200**8**, **Larry Jones**
(DECLARANT/PRISONER)

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**FILED**
APR - 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

### I (a) PLAINTIFFS

**Larry Vernon Jones**

DEFENDANTS

**LE Scribner**

FILING FEE PAID  Yes ☐  No ☑
IFP MOTION FILED  Yes ☑
COPIES SENT TO  Court ☐  Prose ☐

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Imperial
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Larry Vernon Jones
PO Box 5004
Calipatria, CA 92233
E-17215

ATTORNEYS (IF KNOWN)

**'08 CV 0623 JLS RBB**

### II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question
  (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III

### III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

### IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

## 28 U.S.C. 2254

### V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| | | | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | **SOCIAL SECURITY** | |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| | | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 863 DIWC/DIWW (405(g)) | |
| | ☐ 355 Motor Vehicle Product Liability | | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ Other Contract | ☐ 360 Other Personal Injury | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

### VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

☑ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23
DEMAND $
Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

### VIII. RELATED CASE(S) IF ANY (See Instructions):    JUDGE _____    Docket Number _____

DATE    4/4/2008

SIGNATURE OF ATTORNEY OF RECORD

# *VERIFICATION*

## STATE OF CALIFORNIA
## COUNTY OF IMPERIAL

### (C.C.P. SEC.446 & 201.5; 28 U.S.C. SEC. 1746)

I, __LARRY JONES__ DECLARE UNDER PENALTY OF PERJURY
THAT: I AM THE __petitioner__ IN THE ABOVE ENTITLED ACTION;
I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS
TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND
BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS __10 th__ DAY OF: __June__ 20 08 AT CALIPATRIA
STATE PRISON, CALIPATRIA, CALIFORNIA #92233-5002.

(SIGNATURE) *Larry Jones*
(DECLARANT/PRISONER)

## *PROOF OF SERVICE BY MAIL*

### (C.C.P. SEC.1013 (a) & 2015.5; 28 U.S.C. SEC.1746)

I, _____ AM A RESIDENT OF CALIPATRIA STATE PRISON, IN THE COUNTY
OF IMPERIAL, STATE OF CALIFORNIA. I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM / NOT
A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. BOX 5002,
CALIPATRIA, CALIFORNIA #92233-5002.

ON __June 10__ 20 08 I SERVED THE FOREGOING: __Amended petition__

### (SET FORTH EXACT TITLE OF DOCUMENTS SERVED)

ON THE PARTY (S) HEREIN BY PLACING A TRUE COPY (S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S),
WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED
AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA #92233-5002.

U.S. District court
Southern Div. of Calif.
Office of the clerk
880 Front street RM. 4290
San Diego, CA. 92101-8900

Office of Att. General
State of Calif.
110 W. "A" Street Suite 700
San Diego, CA. 92101

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS
REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: __June 10 2008__                *Larry Jones*
(DECLARANT/PRISONER)