Larry Jones E. 17215
P.O. Box 5004
Calipatria, CA. 92233

NUNC PRO TUNC
JUN 27 2008

FILED
2008 JUL -3 AM 10:22
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

In the ~~Central District court of California~~ Southern District

Dated June 23 2008

CV-NO: 08-0623 JLS RBB

Dear clerk of the court..

(In deference to Rule 2(e)) petitioner needs a copy of this letter and 6oz be included into his amended petition last sent June 24th 2008 to amend previous petition. The following pages provide the burden of Petitioner Alledging Exhaustion as required in Cartwright V. Cupp 850 F2d. 1103, 1104 (9th cir 1981)

Petitioner citing Duckworth v. Serrano 454 U.S. 1, 3 N2 (1981) Petitioner asserts Absence of states corrective Process at time of filing of petition. (Exhaustion satisfied)

Petitioner has provided this court with his Administrative appeal which was sent in and screened out several times as this prison refuses to acknowledge jurisdiction in using Execution of sentence papers to access my term.

Ngo v. Woodford (9th cir 2005) 403 F3d 620.
Prisoner exhausted all available administrative remedy

Hill v. Alaska (supra) 2002 challenges execution of sentence (Parole matter)

A.E.D.P.A. Does not Apply

Dated June 23 2008
Signed Larry Jones

(1)

| INMATE/PAROLEE APPEAL FORM CDC 602 (12/87) | Location: | Institution/Parole Region 1. _____ 2. _____ | Log No. 1. _____ 2. _____ | Category 10 |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME: LARRY JONES    NUMBER: E-17215    ASSIGNMENT: Bridging Program.    UNIT/ROOM NUMBER: 4B 225

A. Describe Problem: Petitioner requests a recall of committment Due to trial court illegally sending to C.D.C.R. an unverified Abstract of Judgement and its minutes which reflect "NO" court reporter: This done to "stay" a previously "stricken" enhancement to count 10 on petitioners charges. This violates Due process as this judicial act requires the presence of Defendant. Both the Abstract and the minutes recieved and used to calculate Petitioners term violate his constitutional Rights and also alter the calculation of his term. See central file

If you need more space, attach one additional sheet. Abstract and minutes dated 9-13-95 (unfiled/no reporter)

B. Action Requested: That the Federal D.A. be contacted as petitioner is confined illegally within this Southern District of California federal jurisdiction (Supra) Hill v. Alaska (9th Cir 2002) / CDCR 3076 (C) U.S.C.A S 6814 / 42 USC 1983 / Dunn v. Henman (9th Cir 1989)

Inmate/Parolee Signature: Larry Jones    Date Submitted: April 8 2008

(Petitioner was Not Present at this 9-13-95 Hearing)

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

Signature: _____    Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim    CDC Appeal Number:

SCREENED OUT    APR 16 2008

(2)

## VERIFICATION

STATE OF CALIFORNIA
COUNTY OF IMPERIAL

(C.C.P. SEC. 446 & 2015.5; 28 U.S.C. SEC. 1746)

I, **Larry Jones**, DECLARE UNDER THE PENALTY OF PERJURY THAT: I AM THE **Petitioner** IN THE ABOVE ENTITLED ACTION; I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS **23th** DAY OF **June**, 200**8**, AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA 92233-5002

(SIGNATURE) **Larry Jones** IN Pro/SE
(DECLARANT/PRISONER)

## PROOF OF SERVICE BY MAIL

(C.C.P. SEC. 1013 (a) & 2015.5; 28 U.S.C. SEC. 1746)

I, **Larry Jones**, AM A RESIDENT OF CALIPATRIA STATE PRISON, IN THE COUNTY OF IMPERIAL, STATE OF CALIFORNIA; I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND I AM NOT A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. BOX 5003, CALIPATRIA, CALIFORNIA 92233-5002

ON **June 23**, 2008 I SERVED THE FOREGOING:

~~Habeas Corpus to District Court and Attorney General~~ Letter and Administrive Appeal to satisfy Exhaustion
(SET FORTH EXACT TITLE OF DOCUMENT IS SERVED)

ON THE PARTY(S) HEREIN BY PLACING A TRUE COPY(S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA 92233-5002

Office of the Attorney General
110 West "A" Street
San Diego, CA. Suite 1100
92101-5266

U.S.D.C Southern Dist of Calif
4290 Edward J Swartz
United States courthouse
940 front street
San Diego CA. 92101

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: **June 23**, 2008   **Larry Jones** IN Pro/SE
(DECLARANT/PRISONER)