# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

FILED JUL - 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Larry Vernon Jones

v.

L.E. Scribner, Warden; et. al.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 08cv623-JLS(RBB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that because Petitioner has again failed to allege exhaustion of state judicial remedies, Court **DISMISSES** the Petition without prejudice and without leave to amend. If Petitioner wishes to pursue these claims in the future, he must file a new petition. Case is closed..................................................................

| July 8, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

J. Haslam
(By) Deputy Clerk

ENTERED ON July 8, 2008

08cv623-JLS(RBB)