1. Larry Jones E-17215
2. P.O. Box 5004
3. California CA 92233



Original

United States Court of Appeal for the Ninth Circuit.

Civil No: 08CV0623-JLS (RBB)

Larry Jones
    Petitioner
    Pro Se

United States District Court San Diego
    Respondant

L.E. Scribner    Warden
    Real Party in interest

Motion Appealing Denial of Appointment of Counsel to Prosecute Habeus Corpus Challenging legality of Detention 28 U.S.C. 1915(a) (Mandate) challenging Dismissal of his Petition.

Petitioner Larry Jones, proceeding under I.F.P. status requests this court to mandate the District court central (southern) District to appoint counsel to represent petitioner as under Ake v. Oklahoma (supra) (1980) This petitioner has a protected liberty interest

1. This central District court keeps Dismissing Petitioners
2. Pro/se petition despite the fact that his claim is
3. clearly a claim challenging the Execution of his
4. sentence. A claim in which the Jurisdiction is the
5. boundaries of the Southern District court. In which
6. Petitioner has attempted to file and challenge his
7. illegal Detention <u>Dunn v. Henman</u> (9th cir 1989)
8. <u>McKnight v. Foreman</u> (1997) WL 50267 N.D. CA.
9. ("Execution of Sentence")
10. Petitioner in Pro/se requests appointment of counsel
11. because despite Petitioner properly exhausting his claim
12. with the Prison, attaching the admin. Appeal to the brief
13. He still is being denied access to court <u>Wolf v. McDonnell</u>,
14. supra (1974) without counsel Petitioner will likely be tripped up
15. by opponents lawyers  <u>Hughes v. Joliet correctional center</u> supra (1991)
16. Petitioners summary dismissal also is in Jurisdictional Error.
17. Petitioner requests mandate to proceed with counsel appointed
18. to pursue his claim. <u>Weygandt v. Look</u> (9th cir 1983) <u>cohens cooper</u> (supra)
19.
20.

Petitioner also request to proceed by this court mandating the District court to reverse Dismissal of Petitioners Petition as the District court unconstitutionally has denied Petitioner liberty interest absent full and fair hearing.

<u>O connell v. Kirchner</u> (supra) (1995)

<u>Ex Parte Wilson</u> supra (1885)

Respectfully submitted

Date: August 7 2008

<u>Larry Jones</u>   in Pro se

Larry Jones

<u>Bong v. MacDougall</u> supra (1982)
  Petitioner in Pro/se

# VERIFICATION

**STATE OF CALIFORNIA**
**COUNTY OF IMPERIAL**

(C.C.P. SEC.446 & 201.5; 28 U.S.C. SEC. 1746)

I, __Larry Jones__ DECLARE UNDER PENALTY OF PERJURY THAT: I AM THE __Petitioner__ IN THE ABOVE ENTITLED ACTION; I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS __7th__ DAY OF: __August__ 20__08__ AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA #92233-5002

(SIGNATURE) __Larry Jones__
(DECLARANT/PRISONER)

## PROOF OF SERVICE BY MAIL

(C.C.P. SEC.1013 (a) & 2015.5; 28 U.S.C. SEC.1746)

I, __Larry Jones__ AM A RESIDENT OF CALIPATRIA STATE PRISON, IN THE COUNTY OF IMPERIAL, STATE OF CALIFORNIA. I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM / NOT A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. BOX 5002, CALIPATRIA, CALIFORNIA #92233-5002.

ON __August 7th__ 20__08__ I SERVED THE FOREGOING: __Mandamus / App of counsel form__

(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)

ON THE PARTY (S) HEREIN BY PLACING A TRUE COPY (S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA #92233-5002.

Office of the clerk
U.S. Court of Appeals
P.O. Box 193939
San Francisco, CA.
94119-3939

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: __August 7 2008__      __Larry Jones__
(DECLARANT/PRISONER)

Case 3:08-cv-00623-JLS-RBB   Document 15   Filed 08/11/2008   Page 5 of 14
Case 3:08-cv-00623-JLS-RBB   Document 13   Filed 07/08/2008   Page 1 of 1
AO 450 Judgment in a Civil Case

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
JUL - 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Larry Vernon Jones

v.

L.E. Scribner, Warden; et. al.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 08cv623-JLS(RBB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that because Petitioner has again failed to allege exhaustion of state judicial remedies, Court **DISMISSES** the Petition without prejudice and without leave to amend. If Petitioner wishes to pursue these claims in the future, he must file a new petition. Case is closed..................................................................

| July 8, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | J. Haslam  _____ |
| | (By) Deputy Clerk |

ENTERED ON July 8, 2008

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY VERNON JONES,<br><br>Petitioner,<br><br>v.<br><br>L. E. SCRIBNER, Warden, et al.,<br><br>Respondents. | Civil No.   08cv0623-JLS (RBB)<br><br>**ORDER DISMISSING SECOND AMENDED PETITION WITHOUT LEAVE TO AMEND** |

On April 4, 2008, Petitioner, a state prisoner proceeding pro se, submitted a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis. On April 21, 2008, the Court denied Petitioner's request to proceed in forma pauperis because he had failed to provide sufficient financial information. The Court dismissed the Petition because Petitioner had failed to satisfy the filing fee requirement, and because he had failed to allege exhaustion of his state court remedies as to the claims presented in the Petition. Petitioner was granted leave to renew his in forma pauperis application and to submit an amended petition curing this pleading defect.

On May 15, 2008 Petitioner filed a renewed application for leave to proceed in forma pauperis and a First Amended Petition. On May 29, 2008, the Court granted Petitioner's application to proceed in forma pauperis but again dismissed the First Amended Petition for failure to allege exhaustion of state judicial remedies. The Court notified Petitioner that if he

failed to file a Second Amended Petition by June 16, 2008, which alleged exhaustion of state court remedies, his petition would be dismissed without leave to amend and he would have to begin again by filing a new federal habeas petition which will be given a new civil case number On June 16, 2008, Petitioner filed a Second Amended Petition.

Review of the Second Amended Petition indicates that Petitioner has once again failed to allege exhaustion of his state court remedies. Petitioner again cites Hill v. Alaska, 297 F.3d 895 (9th Cir. 2002) as permitting him to avoid the exhaustion requirement. (*See* Pet. at 1.) The Ninth Circuit in Hill held that a federal habeas petition from a state prisoner challenging the calculation of his release date by prison officials, as Petitioner here is doing, is neither "second" nor "successive" to that prisoner's initial federal habeas petition challenging his conviction, as those terms are used in 28 U.S.C. § 2244(b), which proscribes the filing of second or successive petitions unless certain conditions are met. Hill, 297 F.3d at 898. However, nothing in Hill authorizes Petitioner to avoid the exhaustion requirement.

Petitioner also alleges that he need not exhaust state court remedies because there are no such remedies available to him. He claims that because he is challenging his parole determination, he cannot pursue his claims in the state courts. This is incorrect. California state prisoners may challenge their parole release dates by submitting a petition for habeas corpus. See In re Rosecrantz, 29 Cal. 4th 616 (2002).

As Petitioner was instructed in the previous Orders of dismissal, "habeas petitioners who wish to challenge either their state court conviction or the length of their confinement in state prison, must first exhaust state judicial remedies. . . [by presenting] the California Supreme Court with a fair opportunity to rule on the merits of every issue raised in his or her federal habeas petition." (*see* 4/21/08 Order at p. 2, citing 28 U.S.C. § 2254(b)-(c) and Granberry v. Greer, 481 U.S. 129, 133-34 (1987).) Petitioner was also instructed that: "If state courts are to be given the opportunity to correct alleged violations of prisoners' federal rights, they must surely be alerted to the fact that the prisoners are asserting claims under the United States Constitution." (*See* 4/21/08 Order at p.2, citing Duncan v. Henry, 513 U.S. 364, 365-66 (1995).) The Court dismissed the original Petition after finding that Petitioner had failed to allege that he

had presented his claims to the California Supreme Court, and granted Petitioner leave to file an amended petition curing this pleading defect. (Id. at 4.) Petitioner has specifically indicated that he has not presented his claims to the California Supreme Court. (See Pet. at 6-8.)

Because Petitioner has again failed to allege exhaustion of state judicial remedies, the Court **DISMISSES** the petition without prejudice and without leave to amend. If Petitioner wished to pursue these claims in the future, he must file a new petition which will be given a new civil case number. The Clerk shall close the file.

**IT IS SO ORDERED.**

DATED: July 8, 2008

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| LARRY VERNON JONES, | Civil No.  08cv0623-JLS (RBB) |
|---|---|
| Petitioner, | **ORDER:** |
| v. | **(1) GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS; AND,** |
| L. E. SCRIBNER, Warden, et al., | |
| Respondents. | **(2) DISMISSING FIRST AMENDED PETITION WITHOUT PREJUDICE** |

On April 4, 2008, Petitioner, a state prisoner proceeding pro se, submitted a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis. On April 21, 2008, the Court denied Petitioner's request to proceed in forma pauperis because he had failed to provide sufficient financial information. The Court dismissed the Petition because Petitioner had failed to satisfy the filing fee requirement, and because he had failed to allege exhaustion of his state court remedies as to the claims presented in the Petition. Petitioner was granted leave to renew his in forma pauperis application and to submit an amended petition curing this pleading defect. Petitioner has now filed a renewed application for leave to proceed in forma pauperis and a First Amended Petition.

Petitioner has no funds on account at the California correctional institution in which he is presently confined. Petitioner cannot afford the $5.00 filing fee. Thus, the Court **GRANTS**

1  Petitioner's application to proceed in forma pauperis, and allows Petitioner to prosecute the
2  above-referenced action as a poor person without being required to prepay fees or costs and
3  without being required to post security.
4        However, a review of the First Amended Petition indicates that Petitioner has once again
5  failed to allege exhaustion of his state court remedies. Rather, Petitioner cites <u>Hill v. Alaska</u>,
6  297 F.3d 895 (9th Cir. 2002) as permitting him to avoid the exhaustion requirement. (Pet. at 6-
7  9.) The Ninth Circuit in <u>Hill</u> held that a federal habeas petition from a state prisoner challenging
8  the calculation of his release date by prison officials, as Petitioner here is doing, is neither
9  "second" nor "successive" to that prisoner's initial federal habeas petition challenging his
10 conviction, as those terms are used in 28 U.S.C. § 2244(b), which proscribes the filing of second
11 or successive petitions unless certain conditions are met. <u>Hill</u>, 297 F.3d at 898. However,
12 nothing in <u>Hill</u> authorizes Petitioner to avoid the exhaustion requirement.
13       As Petitioner was instructed in the previous Order of dismissal, "habeas petitioners who
14 wish to challenge either their state court conviction or the length of their confinement in state
15 prison, must first exhaust state judicial remedies. . . [by presenting] the California Supreme
16 Court with a fair opportunity to rule on the merits of every issue raised in his or her federal
17 habeas petition." (4/21/08 order at p. 2, citing 28 U.S.C. § 2254(b)-(c) and <u>Granberry v. Greer</u>,
18 481 U.S. 129, 133-34 (1987).) Petitioner was instructed that: "If state courts are to be given the
19 opportunity to correct alleged violations of prisoners' federal rights, they must surely be alerted
20 to the fact that the prisoners are asserting claims under the United States Constitution." (4/21/08
21 Order at p.2, citing <u>Duncan v. Henry</u>, 513 U.S. 364, 365-66 (1995).) The Court dismissed the
22 original Petition after finding that Petitioner had failed to allege that he had presented his claims
23 to the California Supreme Court, and granted Petitioner leave to file an amended petition curing
24 this pleading defect. (<u>Id.</u> at 4.) Petitioner has specifically indicated that he has not presented his
25 claims to the California Supreme Court. (<u>See</u> Pet. at 6-9.)
26       Because Petitioner has failed to allege exhaustion of state court remedies, the First
27 Amended Petition is **DISMISSED** without prejudice. The Court will grant Petitioner one further
28 opportunity to amend his Petition to cure this pleading defect.

## CONCLUSION AND ORDER

Petitioner's Motion to proceed in forma pauperis is **GRANTED** and the First Amended Petition is **DISMISSED** for failure to allege exhaustion of state court remedies. If Petitioner wishes to proceed with this action, he must file, on or before **June 16, 2008**, a Second Amended Petition in which he alleges exhaustion of state court remedies. If Petitioner has failed to allege exhaustion of state court remedies by June 16, 2008 and still wishes to proceed with his claims, he will be required to file a new petition which will be given a new civil case number.

**IT IS SO ORDERED.**

DATED: May 29, 2008

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge

# Notice of Appeal Notification Form

**To:** Clerk, U.S. Court of Appeals  **Date:** 8/22/2008
**From:** U.S. District Court, Southern District of California
**Subject:** New Appeals Case Information & Docket Fee Notification

## Case Information

Case Title:  Larry Vernon Jones v. L.E. Scribner, Warden; Edmund G. Brown, Jr., The Attorney General of the State of California

U.S.D.C. No.:  08cv623-JLS-RBB            U.S.D.C. Judge:  Janis L. Sammartino

Complaint/Indictment/Petition Filed:  Petition

Appealed Order Entered:  7/8/2008

Notice of Appeal Filed:  8/11/2008

Court Reporter:  n/a

COA Status:  [ ] Granted in full/part (appeal only)      [ ] Denied (send clerk's file)

## Docket Fee Notification

Docket Fee:  [ ] Paid      [ ] Not Paid      [x] No Fee Required
USA/GOVT. APPEAL:  [ ] Yes   [x] No

Date F/P granted (Show Date and Attach Copy of Order):  5/29/2008

Was F/P Status Revoked?  [ ] Yes    [ ] No

Companion Case(s): (Please list consolidated cases, if applicable)

## Counsel Information

**Appellant Counsel:**

Larry Vernon Jones
E-17215
Calipatria State Prison
PO Box 5004
Calipatria, CA 92233

**Appellee Counsel:**

Attorney General
State of California
Office of the Attorney General
110 West A Street
Suite 1100
San Diego, CA 92101-5266
(619)645-2076

Counsel Status:  [ ] Retained       [ ] Appointed       [x] Pro Se
Appointed by: _____
(Attach copy of order/minutes)

## Defendant Information

Prisoner ID Number: __E-17215__
Bail: _____
Custody: __x__

### SERVICE LIST

Counsel for Appellant(s) and Appellee(s), as listed on the previous page, have been sent copies of the following items:

| | |
|---|---|
| x | Transmittal of U.S.C.A. (Appellant and Appellee) |
| x | Case Information/Docketing Fee Notification Form. (Appellant Only) |
| x | Notice of Appeal. (Appellant, Appellee, U.S. District Judge, USPO, and Court Reporter) |
| x | Docket Entries (Appellant and Appellee) |
| x | Designation of Reporter's Transcript and Ordering Form. (Appellant Only, mailed separately) |
|   | Order for Time Schedule. (Criminal Only) (Appellant, Appellee, and Court Reporter) |
|   | Magistrate Judge's Report and Recommendation |
|   | COA Order |
|   | F/P Order |
|   | Minute Order |
| x | Other: Judgment, entered 7/8/2008; Order Dismissing Second Amended Petition without Leave to Amend, entered 7/8/2008; Order (1) Granting Application to Proceed in forma pauperis; and, (2) Dismissing First Amended Petition without Prejudice. |

Form Completed And Documents Served By U.S. District Court Deputy Clerk:

Angela Rowland                                          *H Rowland*

Deputy's Name                                           Deputy's Signature

**UNITED STATES DISTRICT COURT**
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

To:   Clerk, U.S. Court of Appeals
      P.O. Box 193939
      San Francisco, CA 94119-3939

Re:   USCA No:
      USDC No:   08cv623-JLS-RBB
      **Jones v. Scribner et al**

Clerk, U.S. Court of Appeals, enclosed herewith you will please find:

| x | Copy of the Notice of Appeal | | x | Docket Entries | |
|---|---|---|---|---|---|
| x | Case Information/Docket Fee Payment Notification Form | | | | |
|   | Order for Time Schedule (Criminal) | | | | |
|   | Original Clerk's Record in | | set(s) of | | volume(s). |
|   | Reporter's transcript's transcripts in | | set(s) of | | volume(s). |
|   | Exhibits in | envelope(s) | | box(es) | | folders(s) |
| x | Judgement Order | | | F/P Order | |
|   | CJA Form 20 | | | Minute Order | |
|   | Certificate of Record | | | Mandate Return | |
|   | Magistrate Judge's Report and Recommendation | | | | |
|   | COA Order | | | | |
|   | Amended docket fee notification form | | | | |
|   | Order Appointing Counsel for Appeal | | | | |
| x | Order Dismissing Second Amended Petition without Leave to Amend, entered 7/8/2008; Order (1) Granting Application to Proceed in forma pauperis; and, (2) Dismissing First Amended Petition without Prejudice. | | | | |
| x | Please acknowledge on the enclosed copy of this transmittal | | | | |

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

Date:                                By: _/s/ A. Rowland_
                                     Angela Rowland, **Deputy**